[execution copy]

# ASSET PURCHASE AGREEMENT

## BY AND BETWEEN

### FPI MB Entertainment LLC

as Purchaser,

and

### ALFRED GIULIANO,

as Chapter 7 Trustee on behalf of the bankruptcy estate of

### HRP Myrtle Beach Operations, LLC

Dated as of February 9, 2009

NEWYORK 7017164 (2K)

EXHIBIT 1

## TABLE OF CONTENTS

Page

ARTICLE I. PURCHASE AND SALE OF ASSETS; ASSUMPTION OF LIABILITIES .......... 1
- 1.1 Purchase and Sale of Assets .......... 1
- 1.2 Excluded Assets .......... 3
- 1.3 Assumption of Liabilities .......... 4
- 1.4 Excluded Liabilities .......... 4
- 1.5 "As Is" Transaction .......... 5

ARTICLE II. CONSIDERATION .......... 5
- 2.1 Consideration .......... 5

ARTICLE III. DEPOSIT, CLOSING AND TERMINATION .......... 6
- 3.1 Deposit .......... 6
- 3.2 Closing .......... 6
- 3.3 Closing Deliveries by the Trustee .......... 6
- 3.4 Closing Deliveries by the Purchaser .......... 7
- 3.5 Termination of Agreement .......... 7
- 3.6 Procedure Upon Termination .......... 8
- 3.7 Effect of Termination .......... 8

ARTICLE IV. REPRESENTATIONS AND WARRANTIES OF THE TRUSTEE .......... 9
- 4.1 Authority Relative to This Agreement .......... 9
- 4.2 Brokers and Finders .......... 9
- 4.3 Absence of Certain Developments
- 4.4 Regulatory Matters; Permits
- 4.5 Title to Assets
- 4.6 Real Property
- 4.7 Environmental Matters

ARTICLE V. REPRESENTATIONS AND WARRANTIES OF THE PURCHASER .......... 11
- 5.1 Corporate Organization and Qualification .......... 11
- 5.2 Authority Relative to This Agreement .......... 12
- 5.3 Consents and Approvals; No Violation; No Litigation .......... 12
- 5.4 Brokers and Finders .......... 13
- 5.5 Investigation .......... 13

ARTICLE VI. BANKRUPTCY COURT MATTERS .......... 13
- 6.1 Sale Order .......... 13

ARTICLE VII. COVENANTS AND AGREEMENTS .......... 15

# TABLE OF CONTENTS
(continued)

Page

| | | |
|---|---|---|
| 7.1 | Restricted Activity | 15 |
| 7.2 | Access to Information | 16 |
| 7.3 | Further Agreements | 17 |
| 7.4 | Preservation of Records | 17 |
| 7.5 | Publicity | 18 |
| 7.6 | Notification of Certain Matters | 18 |

ARTICLE VIII. CONDITIONS TO CLOSING ... 20
- 8.1 Conditions Precedent to the Obligations of the Purchaser and the Trustee ... 20
- 8.2 Conditions Precedent to the Obligations of the Trustee ... 20
- 8.3 Conditions Precedent to the Obligations of the Purchaser ... 21
- 8.4 Frustration of Closing Conditions ... 22

ARTICLE IX. ADDITIONAL DEFINITIONS ... 22
- 9.1 Certain Definitions ... 22

ARTICLE X. TAXES ... 29
- 10.1 Additional Tax Matters ... 29

ARTICLE XI RISK OF LOSS ... 24

ARTICLE XII. MISCELLANEOUS ... 30
- 11.1 Payment of Expenses ... 30
- 11.2 Survival of Representations and Warranties; Survival of Covenants ... 31
- 11.3 Entire Agreement; Amendments and Waivers ... 31
- 11.4 Counterparts ... 31
- 11.5 Governing Law ... 31
- 11.6 Jurisdiction, Waiver of Jury Trial ... 31
- 11.7 Notices ... 32
- 11.8 Binding Effect; Assignment ... 33
- 11.9 Severability ... 34
- 11.10 Non-Recourse ... 34
- 11.11 Certain Interpretations ... 34

## EXHIBITS

| | |
|---|---|
| Exhibit A | Form of Bill of Sale |
| Exhibit B | Form of Sale Order |
| Exhibit C | Form of Deposit Escrow Agreement |

## SCHEDULES

| | |
|---|---|
| Schedule 1.1(a) | Owned Real Property |
| Schedule 1.1(e) | Inventory and Equipment |
| Schedule 1.2(m) | Excluded Properties and Assets |
| Schedule 1.3(d) | Assumed Liabilities |
| Schedule 1.4(j) | Excluded Liabilities |
| Schedule 2.1(a) | Bank Account |
| Schedule 4.3 | Absence of Certain Developments |
| Schedule 4.4(a) | Material Permits |
| Schedule 4.6(a) | Owned Real Property |
| Schedule 4.6(b) | Leased Real Property |
| Schedule 4.6(c) | Leasehold Interests Conveyed |
| Schedule 7.1 | Conduct of Business |
| Schedule 9.1(ss) | Permitted Encumbrances |

(a) all real property owned by the Bankruptcy Estate, as set forth by legal description on Schedule 1.1(a) ("Owned Real Property");

(b) to the extent assignable or transferable in accordance with the terms and conditions of the applicable Permits or applicable Law, all Permits and all pending applications therefor;

(c) all Documents used in respect of the Purchased Assets or Assumed Liabilities;

(d) all goodwill and other intangible assets generated or associated with the Purchased Assets;

(e) all Inventory and Equipment (including spare parts with respect thereto) (as set forth in Schedule 1.1(e)), provided that Inventory branded with the Hard Rock Park, Hard Rock or other similar logos licensed from a third party shall not be transferred to the extent transfer of such Inventory is prohibited by the terms of the applicable license agreement and provided further that any Equipment branded with the Hard Rock Park, Hard Rock or other similar logos licensed from a third party shall be sold to the Purchaser subject to compliance with the applicable license agreement, removal of licensed materials or subsequent agreement with the applicable licensor);

(f) all rights, claims, credits, causes of action or rights of set-off against third parties relating to the Purchased Assets, including rights under vendor's, contractor's and manufacturer's warranties, indemnities and guaranties (but excluding (i) avoidance claims and causes of action under the Bankruptcy Code or similar state Law and (ii) claims and causes of action against directors, officers and employees of the Company other than any such claims or causes of action that arise out of any Contract that is a Purchased Asset);

(g) any counterclaims, setoffs or defenses that the Company may have with respect to any Assumed Liabilities;

(h) to the extent assignable or transferable in accordance with the terms and conditions of the applicable insurance policies or applicable Law, all of the Company's insurance policies and rights and benefits related to the Purchased Assets or Assumed Liabilities provided however that any coverage, rights or benefits under the liability policies with respect to claims arising out of or relating to any occurrence or event that happened prior to Closing shall continue to inure to the benefit of the Bankruptcy Estate notwithstanding the transfer under this provision.

(i) all Contracts assigned to the Purchaser pursuant to Section 6.3 of this Agreement.

Notwithstanding the foregoing, the transfer of the Purchased Assets pursuant to this Agreement and the Sale Order shall not include the assumption of any Liability related to the Purchased Assets unless Purchaser expressly assumes that Liability pursuant to Section 1.3 of this Agreement.

2

## Schedule 1.1(e)
## Inventory and Equipment

1. Rides located at the Park:

    a. Slippery When Wet – Coaster (excluding HRP Creative Services Co. LLC license)

    b. Shake Rattle & Roller Coaster (excluding HRP Creative Services Co. LLC license)

    c. Reggae River Falls – Play Area (excluding HRP Creative Services Co. LLC license)

    d. Punk Pit – Bounce House

    e. Muddin Monster Race – Round Ride (excluding HRP Creative Services Co. LLC license)

    f. Moody Blues – Dark Ride (excluding the Moody Blues/Nights in White Satin license)

    g. Eagles Life in the Fast Lane – Coaster (excluding the Moody Blues/Nights in White Satin license)

    h. Magic Mushroom – Round Ride

    i. London Taxi Ride – Ride (excluding HRP Creative Services Co. LLC licens

    j. Led Zeppelin – Coaster (excluding the Led Zeppelin license)

    k. Kids Rock State Park – Play Area (excluding HRP Creative Services Co. LLC license)

    l. Just a-Swingin – Giant Swing (excluding HRP Creative Services Co. LLC license)

    m. Garage Jam – Play Area (excluding HRP Creative Services Co. LLC license)

    n. Maximum RPM! – Coaster (excluding HRP Creative Services Co. LLC license)

  o. All the Kings Horses – Carousel (excluding HRP Creative Services Co. LLC license)

2. All Inventory (e.g., food and beverages, games and merchandise) and Equipment, in each case excluding all or any portions of such Inventory that is not transferable pursuant to any applicable license agreement restrictions.