## Miscellaneous:

08-12193-KJC HRP Myrtle Beach Holdings, LLC **Converted** 01/06/2009

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 1 (Delaware) |
| Assets: y | Judge: KJC | Case Flag: CLAIMS, LEAD, MEGA, CONVERTED |

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from John T. Carroll entered on 3/24/2009 at 10:38 AM EDT and filed on 3/24/2009

**Case Name:**       HRP Myrtle Beach Holdings, LLC
**Case Number:**    08-12193-KJC
**Document Number:** 486

**Docket Text:**
Certificate of Service *Regarding (1) Order Shortening Notice of Sale Motion and (2) Notice of Filing Amended Exhibit "C" Regarding Sale Motion* (related document(s)[406], [407]) Filed by Alfred Thomas Giuliano. (Attachments: # (1) Service List) (Carroll, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** J:\Jill's_PDF\Hard Rock Park\Trustee's Sale Motion\COS Expedited Hearing Order re Sale and Amended C.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/24/2009] [FileNumber=7076587-0] [1c198bbf956eff0cbec0cde568e9cc09a431a9d70733956ae7d254f62e6dec0c1d19 ff37e80f0383d433a65ccf8534a4d7771dacd0cfb1b2f76ea06217cfb667]]
**Document description:** Service List
**Original filename:** J:\Jill's_PDF\Hard Rock Park\Trustee's Sale Motion\Service List Sale Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/24/2009] [FileNumber=7076587-1] [1a07f5970955e5f3b1573f66148cb6a4dace17bd412519ee1dd2116ac100274eeff4 e21b395b817201c78495a606ff0e5f23c9cac1ac8ebc3b41028fa5c37f45]]

**08-12193-KJC Notice will be electronically mailed to:**

Elihu Ezekiel Allinson, III on behalf of Creditor SCS Interactive, Inc.
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

Karen C Bifferato on behalf of Creditor Coastal Entertainment LLC
kbifferato@cblh.com



EXHIBIT
3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| HRP Myrtle Beach Holdings, LLC *et al.*,[1] | : | Case No. 08-12193 (KJC) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |
| | : | Related Doc. No.    406, 407 |

### CERTIFICATION OF SERVICE

I, John T. Carroll, Esquire, counsel to the Chapter 7 Trustee, Alfred T. Giuliano, in the

above-captioned matter, hereby certify that I am not less than 18 years of age, and further certify

that on February 10, 2009, I caused a true and correct copy of the following pleadings:

- Order Shortening Notice for Motion of Alfred T. Giuliano, Chapter 7 Trustee, for
  Entry of an Order (I) Authorizing Sale of Hard Rock Park Free and Clear of All
  Liens, Claims, Encumbrances and Other Interests and (II) Establishing Procedures
  for the Assumption and Assignment of Certain Designated Contracts and
  Unexpired Leases
  [Filed 2/10/2009; Docket No. 406]

- Notice of Filing Amended Exhibit "C" Regarding Motion of Alfred T. Giuliano,
  Chapter 7 Trustee, for Entry of an Order (I) Authorizing Sale of Hard Rock Park
  Free and Clear of all Liens, Claims, Encumbrances and Other Interests and (II)
  Establishing Procedures for the Assumption and Assignment of Certain
  Designated Contracts and Unexpired Leases
  [Filed 2/10/2009; Docket No. 407]

---

[1]    The Debtors are the following seven entities (the last four digits of their respective
taxpayer identification numbers follow in parentheses): HRP Myrtle Beach Holdings, LLC
(1546), HRP Myrtle Beach Holdings Capital Corp. (5553), HRP Myrtle Beach Operations, LLC
(1625), HRP Myrtle Beach Capital Corp (4272), HRP Myrtle Beach Management, LLC (0297),
HRP Global Management LLC (2138) and We Got Your Back Security Co., LLC (3877). The
address of each of the Debtors is 211 George Bishop Parkway, Myrtle Beach, South Carolina
29579.

to be served via regular first class mail, unless otherwise indicated on the service list attached hereto as Exhibit "A", on the following parties: (a) the United States Trustee; (b) counsel to the administrative agents for the Debtors' prepetition secured lenders; (c) counsel to the Debtors' postpetition lenders; (d) counsel for the Junior DIP Lenders; (e) counsel for the Senior Indenture Trustee; (f) counsel for the Junior Indenture Trustee; (g) counsel for the Revolving Credit Agent and Senior Post-Petition Agent; (h) counsel to the Debtors; (i) creditors holding the twenty (20) largest unsecured claims against the each of the Debtors as included in the Debtors' Chapter 11 Schedules or their legal counsel, if known; (j) unsecured creditors with a scheduled claim in excess of $25,000 as identified in the Selling Debtor's Schedules; (k) any known secured creditors as listed in Schedule D of the Debtors' Chapter 11 Schedules; (l) parties as listed in Schedule G of the Debtors' Chapter 11 Schedules; (m) all persons or entities known or reasonably believed to have asserted a Lien in any of the Purchased Assets; (n) the United States Department of Justice; (o) counsel to the Purchaser; (p) all persons or entities known or reasonably believed to have expressed an interest in acquiring the Purchased Assets[2]; (q) the Attorney General for the State of South Carolina; (r) the United States Environmental Protection Agency; (s) South Carolina Environmental Regulator; (t) Internal Revenue Service; (u) South Carolina Department of Revenue; (v) South Carolina Dept. of Labor, Licensing and Regulation; (w) Horry County Treasurer's Office; (x) Horry County Property Assessor; (y) City of Myrtle Beach, Administration; and (z) any party who has requested notice and service of papers pursuant to Bankruptcy Rule 2002.

---

[2]  Due to confidentiality concerns, the names and addresses of the persons or entities known or reasonably believed to have expressed an interest in acquiring the Purchased Assets are not being disclosed and do not appear on the service list attached hereto as Exhibit "A".

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 23, 2009
      Wilmington, DE

                              COZEN O'CONNOR

                              */s/ John T. Carroll, III*

By:      _____

                              John T. Carroll, III (DE No. 4060)
                              1201 North Market Street
                              Suite 1400
                              Wilmington, DE  19801
                              Telephone:  (302) 295-2028
                              Facsimile:  (302) 295-2013

                              Counsel to the Chapter 7
                              Trustee, Alfred T. Giuliano

# EXHIBIT "A"

**In re:  Myrtle Beach Holdings, LLC et al**

**Subject:  Schedule G Executory Contracts All Debtors**

AAA Publications Advertising
1000 AAA Drive
M.S. 52
Heathrow, FL  32746

The Active Network, Inc.
10182 Telesis Ct.
Ste 100
San Diego, CA  92121

Darlene Adams
4080 Longline Ln
Myrtle Beach, SC  29579

Adams Outdoor Advertising of Florence
1385 Alice Dr.
Florence, SC  29505

Adams Outdoor Advertising of Florence
1385 Alice Dr.
Florence, SC  29505

Adams Outdoor Advertising of Florence
1385 Alice Dr.
Florence, SC  29505

HRP Creative Services Co., LLC
211 George Bishop Pkwy
Myrtle Beach, SC  29579

HRP Global Enterprises, LLC
211 George Bishop Pkwy
Myrtle Beach, SC  29579