> From: steven@hrpusa.com
> To: mikeo_keeffe@hotmail.com
> Subject: HRP Creative Services
> Date: Sun, 1 Mar 2009 12:59:39 -0500
>
> CONFIDENTIAL
>
> Mike
>
> We have had time to briefly review the situation regarding your request for a proposal to utilize the Intellectual Property previously
> licensed to HRP Myrtle Beach Operations LLC at the Hard Rock Park in Myrtle Beach.
>
> As we have had very little contact with your group and do not yet know your planned direction or strategy, we can only provide a
> limited response at this time. To proceed to the next stage, we will need to perform more due diligence upon your group, which
> may affect our proposal significantly.
>
> First let me note that the Intellectual Property owned by HRP Creative Services Co., LLC

3/3/2009



constitutes much more than the trademarks
> relating to Hard Rock Park. The Park, as built, incorporated the Creative Content throughout It's layout, including the building
> design and attraction layouts. I find it inconceivable that you can consider opening the Park in 2009 without securing an agreement
> with us to utilize our Intellectual Property, as the cost and time to strip out our Creative Content from the Park would seem to rule
> out such a course of action.
>
> That said, once we satisfactorily complete our due diligence review of your group, we are prepared to proceed to an agreement
> based upon the prior value of the Intellectual Property as established in the original Creative Services Agreement.
>
> Accordingly we expect to receive a royalty equal to 1.5% of Gross Revenues for the use of the Intellectual Property. To assist you in
> your start up efforts we are prepared to make the payment of the royalty applicable only on Gross Revenues exceeding $50 million
> in a single fiscal year, subject to the payment of a $500,000 annual base creative services fee, payable in full at the start of each
> year. This is an effective rate of only 1% and considering the vast amount of Intellectual Property included I believe this to be a very
> fair offer. Certainly, for such a magnificent park.
>
> As discussed, we will require all of the prior controls and reporting requirements to be included in a final definitive agreement
> before you are permitted to utilize the Intellectual Property.
>
> If you are prepared to move forward on this basis we will require the following:
>
> 1. Detailed information on your ownership and management group. This should include audited financial statements.
>
> 2. A $15,000 wire transfer to cover our projected attorneys costs.
>
> We are prepared to move quickly to meet your timetable.
>
> I reserve my right to make changes to this proposal or withdraw it entirely at anytime. Nothing in this email shall be considered a
> legally binding contract.
>
> I look forward to hearing from you.
>
> Regards,
>
>
>
> Steven Goodwin
>
> HRP Creative Services Co., LLC
>
>

Express your personality in color! Preview and select themes for Hotmail®. See how.

3/3/2009