**CREATIVE SERVICES AGREEMENT**

by and between

**HRP CREATIVE SERVICES CO., LLC**

and

**HRP MYRTLE BEACH OPERATIONS, LLC**

LEGAL_US_E # 70233809.17

EXHIBIT

5

## TABLE OF CONTENTS

### [TO BE PREPARED]

## EXHIBITS

Exhibit A    Creative Content

Exhibit B    Creative Content Royalty

## CREATIVE SERVICES AGREEMENT

THIS CREATIVE SERVICES AGREEMENT (the "Agreement") is made and executed as of March 30, 2006 (the "Effective Date"), by and between **HRP CREATIVE SERVICES CO., LLC** ("HRP Creative") a Florida limited liability company (together with its permitted successors and assigns, the "Licensor"), and **HRP MYRTLE BEACH OPERATIONS, LLC**, a Delaware limited liability company (together with its permitted successors and assigns, the "Licensee").

## RECITALS

(A)     Effective as of December 12, 2002, FHTP, an Affiliate of Licensor, and Hard Rock, the owner of the Hard Rock Marks, entered into that certain License Agreement which provides for the use of the Hard Rock Marks in connection with the operation of a Theme Park in Myrtle Beach, South Carolina (the "Park");

(B)     Effective as of October 21 2005, Hard Rock amended the Hard Rock License Agreement, which amendment included an exclusivity to use of the Hard Rock Marks in connection with the operation of Theme Parks around the world;

(C)     Effective as of October 31, 2005, Hard Rock, consented to the assignment of the Hard Rock License Agreement from FHTP to HRP Myrtle Beach Operations, LLC ("HRP Myrtle Beach");

(D)     Prior to the date of this Agreement, principals of HRP Creative developed certain trademarks, trade names, service marks, logos, slogans, trade dress, commercial symbols, and other intellectual property to be used in conjunction with the Park, all of which are more specifically defined below as "Creative Content". HRP Creative is experienced in the development and creation of theme park rides, shows, attractions and other venues and areas;

(E)     Prior to the execution of this Agreement, principals of HRP Creative assigned all of their rights, title and interest in and to the Creative Content to Licensor;

(F)     Hereafter, Licensor shall own the rights to the Creative Content and shall continue to develop trademarks, trade names, service marks, logos, slogans, trade dress, commercial symbols, and other intellectual property to be used in conjunction with Theme Parks and/or other venues, all of which shall continue to comprise Creative Content as the same may exist from time to time;

(G)     Licensee is desirous to use the creative talent and experience of HRP Creative and to license the Creative Content for the Park from Licensor and to develop and operate the Park and offer Amusements, Food and Beverage, and Branded Merchandise of a distinctive character and quality using the Creative Content; and

(H)    Licensee has requested that Licensor license to the Licensee the rights to use Creative Content and the other rights contained in this Agreement for, inter alia, use at the Park.

## TERMS AND CONDITIONS

NOW, THEREFORE, in consideration of the foregoing recitals, the mutual covenants and obligations contained in this Agreement, the license grant by Licensor to Licensee of the rights to utilize the Creative Content as contained in this Agreement, and for other good and valuable consideration, the receipt and sufficiency of all of which is hereby acknowledged by each party hereto, Licensor and Licensee hereby agree as follows:

### SECTION 1.   DEFINITIONS AND INTERPRETATION

(A)    Definitions

For purposes of this Agreement, the following definitions shall apply:

"**Affiliate**" shall mean, with respect to any Person, any other Person which, directly or indirectly, through one or more intermediaries, controls, or is controlled by, or is under common control with, such Person. For all purposes of this Agreement, the term "control" means the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of any Person, or the power to veto major policy decisions of any Person, whether through the ownership of voting securities, by contract, or otherwise.

"**Agreement**" shall have the meaning set forth in the first paragraph hereof.

"**Amusements**" means entertainment and attractions of all kinds, including, but not limited to, thrill rides, water attractions, themed areas, concerts, shows, exhibits, demonstrations, films and presentations and other associated services and facilities.

"**A & E Plans**" shall mean the architectural and engineering plans pertaining to the site-specific architectural renderings, engineering studies, landscaping plans and other design work commissioned with specific reference to the Park.

"**Bond Financing**" means a private placement in the high yield market sufficient to be used to finance the cost of the Park.

"**Bonds**" shall have the meaning set forth in Section 4(B) hereof.

"**Books and Records**" shall have the meaning set forth in Section 8(B) hereof.

"**Branded Merchandise**" shall mean those, and only those, items of personal property, products and merchandise or packaging bearing the Creative Content, which are sold at or by the Park by Licensee or its designees.

"**Business Day**" shall mean any Monday through Friday, other than a day on which banking institutions are required or authorized to be closed in Orlando, Florida.

"**Claims**" shall have the meaning set forth in <u>Section 15(A)</u> hereof.

"**Creative Content**" shall mean the intellectual property pertaining to the overall idea, theme and concept of the Park that has been created and/or developed by the Licensor and which is attached hereto as <u>Exhibit A</u>.

"**Confidential Information**" shall mean any information or material that is proprietary to one of the parties hereto, or imparted or made available by one of the parties hereto to the other party hereto, that, in either case, is normally deemed confidential, including, but not limited to, all information, knowledge or data relating to new products and entertainment concepts, and either party's strategic plans, pricing policies, recipes (other than generic recipes) and the testing thereof, ideas, trade secrets, training programs and techniques, proprietary ideas and concepts, marketing and advertising techniques and plans, design, sourcing and providing goods and services, customer research, and financial information concerning the Park and its businesses; provided, however, that Confidential Information shall not include information or material that: (i) is or becomes generally available to the public other than as a result of a disclosure by the party receiving it hereunder, (ii) is or becomes available to the party receiving it hereunder on a nonconfidential basis from a source which, to the knowledge of the party receiving it hereunder, is entitled to disclose it without restriction, (iii) was made known to the party receiving it hereunder without any obligation of confidentiality prior to its disclosure hereunder, or (iv) is verifiably developed by the party receiving it hereunder without the benefit of the information or materials disclosed hereunder. In addition to the above exceptions, Licensee may disclose any information deemed confidential hereunder (x) in order to comply with the rules of any relevant stock exchange or the requirement of any lender; (y) in order to comply with any order or decree of a court or other governmental authority having jurisdiction over Licensee; or (z) on a "need to know" basis to persons within or outside the Licensee, such as its attorneys, accountants, lenders, investors, financial advisors and other consultants.

"**Creative Content Royalty**" shall mean all royalties to be paid to Licensor for the use of Creative Content under <u>Section 4(A)</u> of this Agreement.

"**Development Management Agreement**" means that certain Development Management Agreement entered into as of even date herewith by and between HRP Myrtle Beach Management LLC and Licensee.

"**EBITDA**" shall have the definition ascribed to it in the Partners LLC Agreement.

"**EBITDA as Adjusted**" shall have the definition ascribed to it in the Partners LLC Agreement.

"**Effective Date**" shall have the meaning set forth in the first paragraph hereof.

"**Equipment**" shall mean all equipment located at or used in connection with the Park, including without limitation: (i) all Amusement hardware and software, furnishings, decorative plaster work and millwork, decorative lighting, hardware, partitions (but not permanent walls), televisions and other electronic equipment, plantings, water features, artifacts and artwork, signage, and interior and exterior graphics; (ii) communications equipment; (iii) all

fixtures and specialized equipment used in the operation of kitchens, bars and restaurants; (iv) admission and ticketing systems; (v) management systems, point-of-sale accounting equipment, front and back office accounting, computer, duplicating systems and office equipment; (vi) cleaning and engineering equipment and tools; (vii) vehicles; (viii) recreational equipment; and (ix) all other similar items which are used in the operation of the Park, excluding, however, any personal property which is owned by subtenants, Licensees, concessionaires or contractors.

"**Event of Default**" shall have the meaning set forth in Section 10(A) hereof.

"**FHTP**" means FHTP, LLC, a South Carolina limited liability company.

"**FHTP Origination Fees**" shall have the meaning set forth in Section 4(B) hereof.

"**Fiscal Year**" shall mean the twelve (12) month period commencing January 1 and ending December 31, except that the first Fiscal Year shall be that period commencing on the Opening Date and ending on the next December 31, which is at least one (1) year thereafter, or any other twelve (12) month fiscal year utilized by Licensee.

"**Food and Beverage**" means those items of food and beverage sold at the Park.

"**GAAP**" shall mean United States generally accepted accounting principles consistently applied.

"**Governmental Authority**" means any foreign, federal, state or local governmental or tribal entity or authority, or any department, commission, board, bureau, agency, court or instrumentality thereof having control over the Park.

"**Gross Revenues**" shall mean all revenues, income and proceeds of any kind derived directly or indirectly from the operation of a Park, including, but not limited to, revenues, income and proceeds from (a) admissions to a Park; (b) food and beverage sold at a Park, including such items sold through restaurants, bars, parties and other events; (c) the use of Amusements; (d) parking; (e) locker, stroller and wheelchair rental; (f) sponsorship income; (g) the sale of all merchandise of whatever type at or from a Park or ordered through or delivered by a Park (e.g., websites); and (h) gross receipts of licensees, lessees, and concessionaires of retail space in a Park, but not rentals and other payments to Manager or any of their respective affiliates of such licensees, lessees or concessionaires.  Gross Revenues shall exclude (a) any federal, state, county and municipal excise, sales, resort, use, and other taxes collected from patrons or guests as a part of or based upon the sales price of any goods or services, including, without limitation, gross receipts, admission, cabaret, food and beverage or similar taxes; (b) the value of complimentary admissions; (c) receipts from financing, sale or other disposition of the Park, capital assets, Equipment and other items not in the ordinary course of a Park's operations and income derived from securities and other property acquired and held for investment; (d) receipts from awards or sales in connection with any taking, from other transfers in lieu of and under the threat of any taking, and other receipts in connection with any taking, but only to the extent that such amounts are specifically identified as compensation for alterations or physical damage to a Park; (e) proceeds of any hazard or casualty insurance, other than business

interruption insurance; (f) gratuities to employees or service charges levied in lieu of such gratuities which, in either case, are payable to employees; (g) interest in funds held in the Reserve Fund.

"**Hard Rock**" means Hard Rock Cafe International (USA), Inc.

"**Hard Rock License Agreement**" means the License Agreement by and between Hard Rock and FHTP dated as of December 12, 2002, as amended on October 21, 2005 and assigned to HRP Myrtle Beach as of October 31, 2005.

"**Hard Rock Marks**" shall mean the names "Hard Rock", "Hard Rock Park", and all associated or related trademarks, trade names, service marks, logos, slogans, trade dress, commercial symbols, and other intellectual property rights of Licensor pursuant to the terms and conditions of the Hard Rock License Agreement.

"**HRP Creative**" shall have the meaning set forth in Recital A hereof.

"**HRP GE**" means HRP Global Enterprises, LLC, a Delaware limited liability company.

"**HRP GE Origination Fees**" shall have the meaning set forth in Section 4(B) hereof.

"**HRP Myrtle Beach**" shall have the meaning set forth in Recital C hereof.

"**Indemnify**" means to defend, indemnify against, hold harmless from, and reimburse for.

"**Infringement Claim**" shall have the meaning set forth in Section 7(G) hereof.

"**Interest Rate**" means the prime rate listed in the "Money Rates" section of the Wall Street Journal from time to time plus two percent (2.0%) per annum, provided that in no event shall the Interest Rate exceed the maximum rate permitted by applicable Law(s).

"**Key Executives**" means any one or more of Jon Binkowski, Steven Goodwin and/or Felix Mussenden.

"**Law(s)**" means any and all laws, judgments, decrees, orders, rules, regulations or official legal interpretations of any Governmental Authority.

"**Licensee**" shall have the meaning set forth in the first paragraph hereof.

"**Licensor**" shall have the meaning set forth in the first paragraph hereof.

"**Management Agreements**" means, collectively, the Development Management and the Operations Management Agreement.

"**Management Performance Fee**" shall have the meaning ascribed to it in the Operations Management Agreement.

"**Notice(s)**" shall have the meaning set forth in <u>Section 17(B)</u> hereof.

"**Opening Date**" shall mean the date the Park is first open for business to the general public.

"**Operations Management Agreement**" shall mean that certain Operations Management Agreement entered into as of even date herewith by and between HRP Myrtle Beach Management, LLC and Licensee.

"**Origination Fee Agreement (FHTP)**" shall mean that certain Origination Fee Agreement entered into as of even date herewith by and between HRP Creative and FHTP.

"**Origination Fee Agreement (HRP GE)**" shall mean that certain Origination Fee Agreement entered into as of even date herewith by and between HRP Creative and HRP GE.

"**Origination Fees**" shall have the meaning set forth in <u>Section 4(B)</u> hereof.

"**Park**" shall have the meaning set forth in the first paragraph hereof.

"**Partners LLC Agreement**" means that certain Limited Liability Company Agreement of HRP Myrtle Beach Partners, LLC, a Delaware limited liability company, made and entered into by and among HPRV-I, LLC, a Delaware limited liability company, FHTP, and HRP Executive Management Co. LLC, a Florida limited liability company, effective as of October 5, 2005.

"**Permits**" means any and all licenses, permits, approvals, variances, waivers or consents from any Governmental Authority.

"**Person**" shall mean (i) an individual, corporation, partnership, joint venture, limited liability company, limited liability partnership, estate, trust, unincorporated association or other entity, (ii) any Governmental Authority, and (iii) a fiduciary acting in such capacity on behalf of any of the foregoing.

"**Pledge**" shall have the meaning set forth in <u>Section 18(A)</u> hereof.

"**Qualified Arbitrator**" and "**Qualified Arbitrators**" shall have the meaning set forth in <u>Section 14(A)(1)</u> hereof.

"**Rules**" means the rules of the governing arbitration panel.

"**Secured Party**" shall have the meaning set forth in <u>Section 18(A)</u> hereof.

"**Terms**" shall have the meaning set forth in <u>Section 3</u> hereof.

"**The Wall Street Journal**" means The Wall Street Journal newspaper that is published Monday through Friday.

"**Theme Parks**" means all current or future theme parks or amusement parks or similar establishments named or identified with the Hard Rock Marks which are places for Amusements. As respects a particular Theme Park, the term "Theme Park" shall include the buildings and all related structures at any time constructed and situated on the land, whether owned or leased, comprising that location, and all facilities, structures and improvements relating thereto, including, without limitation, Amusements, lobbies, kitchens, dining rooms, restaurants, kiosks, meeting and banquet rooms and facilities, bars, swimming pools, theaters, equipment, landscaping, parking areas, roadways and walkways."

"**Third Party IP**" shall have the meaning set forth in Section 6(H)(1) hereof.

"**Warrantor**" shall have the meaning set forth in Section 5(A)(1) hereof.

(B)   General Interpretation

Where used in this Agreement, the following expressions shall have the following meanings respectively unless the context or specific language otherwise requires or acknowledges: (i) the singular includes the plural and vice versa; (ii) a reference to a gender includes all genders; (iii) a reference to a person includes a reference to a firm, corporation, other corporate body or legal entity; (iv) a reference to a natural person includes the heirs, executors, administrators and permitted assigns of that person and a reference to a corporate body includes the successors and permitted assigns of that corporate body; (v) a reference to a person or corporate body shall be taken to include that person or body acting in a trustee or other representative capacity; (vi) a reference to two (2) or more persons means those persons jointly and severally; (vii) where a word or expression is defined, other parts of speech and grammatical forms of that word or expression have corresponding meanings; (viii) headings are for ease of reference and do not affect the construction of this document; (ix) a reference to a statute shall include all amendments, for the time being, in force and any other statute enacted in substitution therefor and all regulations, proclamations, ordinances and by-laws for the time being in force under that statute and any notice, demand, order, direction, requirement or obligation pursuant to or under that statute or those regulations, proclamations, ordinances and by-laws; (x) a reference to a recital, clause, schedule or annexure is to a recital, clause, schedule or annexure of or to this document and a recital, schedule or annexure forms part of this document; (xi) a reference to any agreement or document is to that agreement or document (and, where applicable, any of its provisions) as amended, novated, restated or replaced from time to time; (xii) a reference to a consent or approval of a party means the prior written consent or approval of that party, in its sole and absolute discretion; (xiii) a reference to a party's discretion in making a decision means the party's reasonable discretion, not unreasonably withheld or delayed; (xiv) a right includes a remedy, authority and power; (xv) a reference to money means the lawful currency of the United States of America; (xvi) if the day on which any act, matter or thing is to be done under or pursuant to this document is not a Business Day, that act, matter or thing, if it involves a payment other than a payment which is due on demand, shall be done on the preceding Business Day; and in all other cases, shall be done no later than the next Business Day.

## SECTION 2.   GRANT; SCOPE

### (A)   Grant

Licensor hereby grants to Licensee, upon and subject to the terms and conditions contained in this Agreement, and Licensee hereby accepts, the right and license to use the Creative Content for the Park, upon the terms and conditions set forth in this Agreement.

### (B)   Scope

(1)   All rights granted in this Agreement to Licensee to utilize the Creative Content are limited to the establishment, operation and promotion of the Park. Licensee may not otherwise commercialize or utilize, whether or not for profit, any of the Creative Content. The rights granted to Licensee hereunder shall entitle Licensee to sell Branded Merchandise only at the Park and from no other locations. The rights granted to Licensee do not include any rights to brand and operate other facilities at the Park or from the Park utilizing the Creative Content, except as expressly approved in advance by Licensor, in its sole discretion; and provided that Licensee shall be entitled to authorize the use of the Creative Content by its tenants and establishments located at the Park for the limited purpose of identifying their location at the Park, and for no other purpose.

(2)   Nothing in this Agreement shall violate any of the terms or conditions as set forth in the Hard Rock License Agreement.

### (C)   Reserved Rights

Licensor reserves all rights not specifically granted to Licensee pursuant to this Agreement. Nothing in this Agreement shall prevent Licensor or its Affiliates from (1) developing or licensing others to develop Theme Parks anywhere in the world, (2) promoting and protecting all such Theme Parks anywhere in the world and/or using the Creative Content in association therewith.

### (D)   Restrictions

(1)   The rights granted to Licensee do not include any rights to use or otherwise identify the Creative Content with any businesses or facilities other than as herein granted respecting the Park, except as expressly approved in advance in writing by Licensor in its sole discretion, and except that Licensee may utilize the Creative Content on designations and directional signage and consumables within the confines of the Park. Licensee shall not use or register any trademark which is confusingly similar to any of the items comprising the Creative Content or use the Creative Content in any manner which creates a unitary or composite trademark with the trademark of any third party.

(2)   Neither Licensee nor its Affiliates shall, or shall permit any third party to, take any actions that would infringe or otherwise violate the Hard Rock Marks or the terms and conditions of the Hard Rock License Agreement.

### SECTION 3.    TERM; EXTENSION OF TERM

This Agreement shall be effective and binding from the date of execution hereof and shall expire on the day prior to the expiration or, for any reason, the prior termination of the Hard Rock License Agreement, unless sooner terminated as provided herein (the "Term").

### SECTION 4.    COMPENSATION TO LICENSOR

(A)    Creative Content Royalty to Licensor

As consideration for the grant of the right to use the Creative Content as provided herein, Licensee shall pay to Licensor between 0% and 1.5% of the Parks' Gross Revenues, as structured and detailed on Exhibit B hereto (the "Creative Content Royalty"); provided, however,

(i) any and all such royalties for Creative Content shall only be payable to the extent EBITDA as Adjusted, after payment of the Management Performance Fee to be calculated and paid under the Operations Management Agreement, is greater than $51,000,000, and

(ii) if subsequent to the execution of the Partners LLC Agreement, changes in the capital structure of the Park are dictated by the Park's investment bankers which entail a commensurate reduction of budgeted EBITDA, all EBITDA-related amounts that are set forth in Schedule 2 to the Partners LLC Agreement and Exhibit "B" hereto will be proportionately reduced; provided, further, in no event shall the minimum threshold for payment of Creative Content Royalty be reduced below $50,000,000. All of the foregoing fees shall be paid annually within forty-five (45) days of the end of each calendar year. The first and last years (partial years) shall be pro rated with the EBITDA Ranges (as detailed on Exhibit "B" attached hereto) approximately adjusted for such partial years.

The following are examples of the calculation of Creative Content Royalty as provided in this Section 4(A):

Example Number 1:  If EBITDA as Adjusted (before being reduced by the amount of the Management Performance Fee to be calculated under the Operations Management Agreement) is $51,100,000 and Gross Revenues are $151,000,000, then (i) the Management Performance Fee shall be $20,000 calculated as follows: the lesser of (1) 2% of the difference between Gross Revenues minus $150,000,000, which equals $20,000, and (2) the difference between EBITDA as Adjusted ($51,100,000) minus $51,000,000, which equals $100,000; and (ii) the Creative Content Royalty shall be $80,000 calculated as follows: Assuming EBITDA as Adjusted, after being reduced for the $20,000 Management Performance Fee but before the Creative Content Royalty is deducted, is $51,080,000, the Creative Content Royalty will be the lesser of: (1) the difference between EBITDA as Adjusted (after payment of the Management Performance Fee) ($51,080,000) minus $51,000,000, which equals $80,000, or (2) 1% of Gross Revenues, which is equal to $1,510,000.

Example Number 2:  If EBITDA as Adjusted (before being reduced by the amount of the Management Performance Fee to be calculated under the Operations Management Agreement) is $60,000,000 and Gross Revenues are $170,000,000, then (i) the Management Performance Fee shall be $400,000 calculated as follows: the lesser of (1) 2% of

the difference between Gross Revenues minus $150,000,000 (which equals $20,000,000), which in the aggregate equals $400,000, and (2) the difference between EBITDA as Adjusted ($60,000,000) minus $51,000,000, which equals $9,000,000; and (ii) the Creative Content Royalty shall be $2,040,000 calculated as follows: Assuming EBITDA as Adjusted, after being reduced for the $400,000 Management Performance Fee but before the Creative Content Royalty is deducted, is $59,600,000, Creative Content Royalty would be paid as follows: If EBITDA as Adjusted after the Management Performance Fee is less than $59,000,000 - $59,999,999 range, Creative Content Royalty will be either: (1) 1.4% of Gross Revenues if, after factoring in the 1.4% fee, the EBITDA as Adjusted remains in the $59,000,000 - $59,999,999 range (as detailed on Exhibit B hereto), or (2) 1.3% of Gross Revenues if, after factoring in the 1.4% fee, the EBITDA as Adjusted drops into $58,000,000 - $58,999,999 range (as detailed on Exhibit B hereto), or (3) 1.2% of Gross Revenues if, after factoring in the 1.4% fee, the EBITDA as Adjusted drops into $57,000,000 - $57,999,999 range (as detailed on Exhibit B hereto), or (4) 1.1% of Gross Revenues if, after factoring in the 1.4% fee, the EBITDA as Adjusted drops into $56,000,000 - $56,999,999 range (as detailed on Exhibit B hereto), or (5) 1% of Gross Revenues if, after factoring in the 1.4% fee, the EBITDA as Adjusted drops below $56,000,000. Therefore, based on the above, and first calculating 1.4% of Gross Revenues, which is equal to $2,380,000, and $59,600,000 minus $2,380,000 equals $57,220,000, EBITDA as Adjusted is in the $57,000,000 - $57,900,000 range (as detailed on Exhibit B hereto), resulting in a Creative Content Royalty (based on 1.2% of Gross Revenues) of $2,040,000.

      (B)    Creative Content Royalty to be Held Back by Licensee

      Notwithstanding Section 4(A) above, the Creative Content Royalty shall be reduced by, and Licensor hereby waives its right to collect from License (and Licensee shall have no obligation to pay), any and all portions of such Creative Content Royalty which would otherwise be due and payable by Licensor to (i) HRP GE pursuant to the Origination Fee Agreement (HRP GE) (the "HRP GE Origination Fees"), and (ii) FHTP pursuant to the Origination Fee Agreement (FHTP) (the "FHTP Origination Fees", together with the HRP GE Origination Fee, the "Origination Fees")), for so long as any of the following bonds (the "Bonds") remain outstanding:

      (1)    Floating Rate Senior Secured Notes due 2012 of HRP Myrtle Beach Operations, LLC and HRP Myrtle Beach Capital Corp.; and

      (2)    12-1/2% Junior Secured Notes due 2013 of HRP Myrtle Beach Operations, LLC and HRP Myrtle Beach Capital Corp.; and

      (3)    14-1/2% Senior Pay-In-Kind Notes due 2014 of HRP Myrtle Beach Holdings, LLC and HRP Myrtle Beach Holdings Capital Corp.

      From and after the date that the Bonds are no longer outstanding, Licensee shall be obligated to pay to Licensor all Origination Fees accruing thereafter (and the Creative Content Royalty shall be increased by such amount) as a part of the Creative Content Royalty payable hereunder (which such Origination Fees shall thereupon be paid to HRP GE and FHTP, respectively, pursuant to the terms of the Origination Fee Agreement (HRPV) and the Origination Fee Agreement (FHTP), respectively).

(C)    All Creative Content Royalty Are Nonrefundable

No Creative Content Royalty or other sums payable hereunder shall be refundable to Licensee other than as specifically provided herein.

(D)    Month Defined

For purposes of this Agreement, a "month" shall mean a calendar month (English), that period between the Opening Date and the last day of the month in which the Opening Date occurs, and that period following the end of the last full calendar month during the term of this Agreement and the last day that this Agreement is in effect.

(E)    Late Payments

Unpaid amounts due and owing from Licensee shall bear interest, pro rata per day, on the past due balance at the Interest Rate; provided, however, that if the last day on which any such amounts due and owing from Licensee can be paid without being considered past due falls on a non-Business Day, then the last day for paying such sums without being considered past due shall be the next Business Day thereafter.

(F)    Right of Offset

In the event moneys are due and payable from a party to the other party hereunder, the party to which such moneys are due shall be entitled to offset the amounts owed by the other party against amounts owed by such offsetting party to the other party.

### SECTION 5.    CERTAIN REPRESENTATIONS, WARRANTIES AND AGREEMENTS OF LICENSOR AND LICENSEE

(A)    Representations and Warranties of Each Party

As an inducement to enter into this Agreement, each party hereby represents and warrants, as of the Effective Date, to, and agrees with, the other party, as follows, in each case subject to the specific limitations contained within Section 5(B) hereof:

(1)    Such warranting party (the "Warrantor") is a corporation or entity duly organized, validly existing, and in good standing under the Laws of its respective jurisdiction of organization.

(2)    The Warrantor has full corporate or governmental power and authority to execute and deliver this Agreement, and all of the other agreements and instruments contemplated hereby, to consummate the transactions contemplated hereby and thereby, and to comply with the terms, conditions, and provisions hereof and thereof.

(3)    The execution, delivery, and performance of this Agreement and the by the Warrantor (or its Affiliates, as the case may be) has been duly authorized and approved by the board of directors or equivalent body of Warrantor or any such Affiliate, as the case may be, and does not require any further authorization or consent of Warrantor, any such Affiliate, or the

stockholders thereof. This Agreement constitutes, or shall constitute, the legal, valid, and binding agreement of the Warrantor (or its applicable Affiliate, as the case may be), enforceable in accordance with its respective terms, except as such enforceability may be limited by: (1) applicable bankruptcy, insolvency, reorganization, moratorium, equitable principles, or similar Laws affecting legal or equitable rights generally; or (2) the possibility that the remedy of specific performance and injunctive and other forms of equitable relief may be subject to equitable defenses and to the discretion of the tribunal before which any proceeding therefor may be brought.

(4)    Neither the execution and delivery of this Agreement or any other agreement or instrument contemplated hereby, nor the consummation of any of the transactions contemplated hereby or thereby, nor compliance with or fulfillment of the terms, conditions, and provisions hereof or thereof, in each case by Warrantor (or its applicable Affiliate, as the case may be) will conflict with, result in a breach of the terms, conditions, or provisions of, or constitute a default, an event of default, or an event creating rights of acceleration, termination, or cancellation, or a loss of rights under, or, in the case of Licensor only, result in the creation or imposition of any encumbrance upon any of the Creative Content (except for the rights thereto granted to Licensee herein and therein), under the organizational or governing documents of Warrantor (or its applicable Affiliate, as the case may be), or under any note, instrument, agreement, mortgage, lease, license, franchise, permit, judgment, order, award, or decree to which Warrantor (or its applicable Affiliate, as the case may be) is a party or is bound, or, in the case of Licensor only, to which any of the Creative Content is subject.

(B)    Infringements of or by the Creative Content

Licensor represents and warrants to Licensee that (a) Licensor, or its Affiliates, owns the exclusive right to license the Creative Content; (b) Licensor has the unencumbered right to enter into this Agreement and to grant Licensee the rights described herein; (c) Licensee's use of the Creative Content pursuant to this Agreement will not infringe the rights of any other person or entity; and (d) Licensor has received no claims of ownership adverse to Licensor's use of the Creative Content.

(C)    Compliance

Licensee hereby covenants, confirms and warrants that the proposed facility will operate in full compliance with applicable federal, state and local law.

## SECTION 6.    ADDITIONAL COVENANTS OF LICENSEE

(A)    Maintain Confidentially

Licensee shall not divulge, either during or following the termination of this Agreement, directly or indirectly, without the Licensor's prior written consent, any Confidential Information regarding Licensor's business or that of Licensor's Affiliates or other Licensees of Licensor or of any Affiliate thereof, or the conduct thereof, including, without limitation, the contents of this Agreement, and shall comply with the following confidentiality obligations. Licensee shall require each employee or other representative of Licensee with access to any such

Confidential Information to execute and deliver to Licensor a confidentiality agreement in a form acceptable to Licensor.

    (B)   <u>Confidential Information</u>

        Licensee will not acquire any interest in the Confidential Information learned by Licensee other than the right to utilize the same in connection with the use of the Creative Content during the term of this Agreement.   The use or duplication of the Confidential Information in any other business will constitute an unfair method of competition with Licensor, its Affiliates and Licensor's other licensees, Licensees and businesses. Licensor will disclose the Confidential Information to Licensee solely on the condition that Licensee and its Affiliates agree, and Licensee, individually and on behalf of its Affiliates hereby agrees, that Licensee and/or its Affiliates: (i) will not use the Confidential Information in any other business or capacity; (ii) will maintain the absolute confidentiality of the Confidential Information during and after the term of this Agreement; (iii) will not make unauthorized copies of any portion of the Confidential Information which is disclosed in written or other tangible form; and (iv) will adopt and implement all reasonable procedures Licensor prescribes from time to time to prevent unauthorized use or disclosure of the Confidential Information, including, without limitation, restrictions on disclosure thereof by Licensee's employees and Affiliates who may have access to the Confidential Information, the use of nondisclosure clauses in employment and other agreements with such persons, and the execution of reasonable confidentiality agreements in a form acceptable to Licensor, by persons having access to such Confidential Information.

    (C)   <u>Prohibition Against Hiring Employees of Other Party</u>

        Without the other party's prior written approval, neither party, nor it's Affiliates, will directly or indirectly, solicit the employment of any Person who has an active management position with the other party or any of its Affiliates.

    (D)   <u>Payment of Taxes and Other Indebtedness</u>

        Licensee shall promptly pay when due all taxes levied or assessed, including, without limitation, individual and corporate income taxes, sales and use taxes, gross receipts taxes, unemployment taxes, liquor taxes, value added taxes, personal property taxes and real estate taxes, and all accounts and other indebtedness of every kind incurred by Licensee in the use of the Creative Content under this Agreement. This includes the prompt filing of all required tax returns and the prompt payment of all taxes and indebtedness related to, or resulting from, the use of the Creative Content covered by this Agreement.

    (E)   <u>Franchise Laws and Regulations</u>

        Licensee and its Affiliates are sophisticated entities engaged in the business of developing and operating theme parks in accordance with applicable laws. Licensee and its Affiliates shall not initiate any claim or proceeding or take any action under, or with respect to, the franchise laws or regulations of any jurisdiction, with respect to the negotiation, execution, delivery and performance of this Agreement and the other agreements, instruments and documents to be executed and delivered in connection herewith, and the consummation of

transactions contemplated hereby and thereby. Licensee specifically waives the protection of any such franchise laws or regulations.

    (F)   <u>Promote and Preserve Goodwill</u>

        Licensee will promote and preserve the goodwill and reputation associated with the Creative Content. In this context Licensee shall not, absent the prior written consent of Licensor in each instance, utilize the Creative Content or any portion thereof in connection with, to support or assist, or to otherwise benefit any other business or activity, whether or not for profit.

    (G)   <u>Prompt Payment of Amounts Due</u>

       Licensee will pay to Licensor, Licensor's Affiliates, and all suppliers of Licensee, any and all amounts due any such Person promptly and in accordance with the agreed or, if not previously agreed, customary, terms of payment.

    (H)   <u>Other Intellectual Property</u>

        (1)   Licensee may seek to license intellectual property to use in connection with the operation of the Park from third parties ("Third Party IP") and may seek to internally develop intellectual property for such use. Intellectual property developed independently by Licensee, which does not use Licensor or Hard Rock trade dress, trademarks or trade names and is not otherwise confusingly similar to other Licensor or Hard Rock intellectual property comprises the A&E Plans. Intellectual property that includes the Creative Content, or are jointly developed with Licensor, shall be the property of Licensor and not A&E Plans. Licensee shall not use Third Party IP or A&E Plans in connection with the operation of the Park without the prior written approval of Licensor. Intellectual property that is independently developed by Licensee, but is confusingly similar to other Licensor intellectual property shall not be A&E Plans, and shall be licensed to Licensor in accordance with <u>Section 7(I)</u> hereof. Licensee shall fully disclose whether the property is Third Party IP, A&E Plans, Licensor's intellectual property or property to be licensed to Licensor pursuant to <u>Section 7(I)</u> at the time it is seeking approval. In the event that the parties cannot agree on the classification of the property, the issue shall be submitted to arbitration on an expedited basis (regardless of the liquidated amount in controversy) pursuant to <u>Section 14(A)</u> hereof.

        (2)   Licensee shall not license, sell or convey the Creative Content to any third party whatsoever except in connection with the assignment provisions as provided in <u>Section 12(B)</u> below and/or a financing of the Park as provided in <u>Section 12(B)</u> or <u>Section 18</u> below.

### SECTION 7.  PROTECTION AND ACKNOWLEDGMENT OF THE CREATIVE CONTENT

    (A)   <u>Creative Content Property of Licensor</u>

       As between Licensee and Licensor, and except as provided for herein, Licensee recognizes and acknowledges the rights of Licensor to the Creative Content and all other intellectual property rights related thereto or derived therefrom and acknowledges that all such

-14-

rights are subject to the total control in their exercise by Licensor and its Affiliates. For all purposes of the relationship between Licensor and Licensee created hereunder, Licensor shall be deemed to be the sole and exclusive holder of all right, title and interest in and to the Creative Content in all forms and embodiments thereof, subject only to the specific rights granted to Licensee hereunder. Licensee agrees that its use of the Creative Content, and all associated goodwill generated thereby, inures to the sole benefit of Licensor in accordance with its rights in the Creative Content. Except as provided herein, Licensor makes no representation and gives no warranty of whatsoever nature or kind with respect to the validity of or its rights, title and interest in or to, the Creative Content and expressly disclaims any implied warranty against infringement. As Licensor will be granting to Licensee the right to use the Creative Content for the Park, upon the terms and conditions set forth herein, Licensee specifically acknowledges that the rights granted to Licensee pursuant to this Agreement shall prevent and prohibit Licensee from commercializing or otherwise utilizing the Creative Content or any other intellectual property right of Licensor in any endeavor, other than as granted to Licensee pursuant to this Agreement.

    (B)    Licensee Has No Right of Ownership in Creative Content

        Except as provided herein, nothing contained in this Agreement shall be construed to confer upon Licensee any right of the Creative Content to be registered in the name of Licensee as proprietor or to vest in Licensee any right of ownership to the Creative Content, and Licensee shall not, directly or indirectly, register or cause to be registered, in any country or with any Governmental Authority or use any trademark, trade name, service mark or other intellectual property right consisting of, related to, similar to and/or deceptively similar to, any of the Creative Content or any other intellectual property right of Licensor or any Affiliate of Licensor.

    (C)    Licensee Will Not Challenge Licensor's Ownership of the Creative Content

        During the term of this Agreement and thereafter, Licensee will not, and will not assist any Person to: (i) challenge the validity of Licensor's ownership of the Creative Content or any registration or application for registration therefor; (ii) contest the fact that Licensee's rights under this Agreement are solely those of a licensee and terminate upon termination or expiration of this Agreement; and (iii) represent in any manner that it has any title or right to the ownership, registration or use of the Creative Content in any manner except as set forth in this Agreement.

    (D)    Licensee to Cooperate Where Requested

        In the event, at any time during the term of this Agreement, Licensor applies or decides to apply for registration of a trademark, trade name, service mark or other intellectual property right that is or may become a part of the Creative Content, Licensee will render to Licensor, at Licensor's expense, all reasonable assistance, in obtaining and thereafter maintaining registration thereof (including, without limitation, the execution of all necessary registered user or similar agreements) with applicable Governmental Authorities and if, for any reason, registration is required to be made in the name of the Licensee, Licensee will do all acts and execute all documents necessary for obtaining such registration, and shall, at any time during or following the term of this Agreement, assign such registration to Licensor, or if legally

required and for the period requested by Licensor, will hold title to such registration in trust for Licensor.

    (E)   <u>Licensee's Covenants</u>

          With respect to use of the Creative Content for the Park, Licensee shall use the Creative Content only as permitted by this Agreement. Licensee shall not use or exploit the Creative Content outside the Park except as provided herein, and except that Licensee may engage in the promotion, advertising or marketing of the Park anywhere in the world. Except as set forth herein, Licensee shall not have any right to assign, sublicense or franchise any of the Creative Content to any other Persons; or develop, use, or exploit any of the Creative Content in this Agreement without the express written consent of Licensor. Licensor and its Affiliates shall retain the sole right to apply for the registration or renewal of trademarks and service marks or other proprietary rights for the Creative Content, and Licensee shall cooperate with Licensor and its Affiliates (at Licensor's expense) in connection with such applications and renewals. Licensee shall execute any registered user or similar agreement required by the laws of the jurisdiction of the Park and cooperate with Licensor and its Affiliates (at Licensor's expense) in registering or filing such agreement with such jurisdictions and governmental authorities.

    (F)   <u>Licensee's Duties</u>

          Licensee shall:

          (1)   Not intentionally and/or in bad faith cause anything within Licensee's reasonable control to occur which may damage, endanger, or reduce the value of the Creative Content or any other trademark, trade name, service mark, or other intellectual property right of Licensor or any Affiliate of Licensor, or Licensor's or such Affiliate's title thereto, or the rights of any other Licensee of Licensor or any Affiliate of Licensor thereto, or assist or suffer any other Person to do so.

          (2)   Not intentionally and/or in bad faith interfere in any manner with, or attempt to prohibit, the use or registration by Licensor, with applicable Governmental Authorities of the Creative Content or any other trademark, trade name, service mark or other intellectual property right of Licensor or any Affiliate thereof.

          (3)   Not intentionally and/or in bad faith use any name or mark similar to or capable of being confused with the trademarks, trade names, service marks, or other intellectual property rights included in the Creative Content or any other trademark, trade name, service mark, or other intellectual property right of Licensor or any Affiliate thereof.

          (4)   Take such action, provided it does not cause an additional expense to Licensee in relation to the Creative Content as Licensor may, from time to time, require, in order to protect or promote the same, including, without limitation, the marking of any advertising material, signs, or other items bearing the Creative Content, in such manner as Licensor may require.

          (5)   Give notice on all business stationery, cards, purchase order forms, guest checks, maintenance requests, invitations, employment applications and on such other items, and

in such other places, as Licensor may, from time to time, reasonably require, that the Creative Content is used under license from Licensor pursuant to this Agreement and such other notices as Licensor may deem necessary to inform third parties that Licensor does not accept liability for the acts, omissions, debts, or defaults of Licensee, and such other information as Licensor may deem necessary to inform third parties that it does not accept liability for the acts, omissions, debts, or defaults of Licensee.

(G)    <u>Licensee's Duties Regarding Infringement</u>

Licensee will immediately notify Licensor in writing of any actual or suspected infringement of the Creative Content or any claim in the nature of infringement against Licensor, Licensee, or any Affiliate thereof, involving the Creative Content, or any use thereof by Licensor, Licensee, or any Affiliate thereof (collectively, all of the foregoing shall be referred to in this <u>Section 7(G)</u> as an "Infringement Claim"), of which Licensee becomes aware. Licensee will, at Licensor's sole cost, lend all reasonably necessary assistance in any such action Licensor or any Affiliate thereof may institute, against any Person involved or suspected of being involved in the infringement of the Creative Content, as described herein, at or proximate to the Park, or any Infringement Claim action Licensor or any Affiliate thereof may defend. All damage or settlement awards, if any, received in connection with any Infringement Claim action, after reimbursement (pro rata) to Licensor and Licensee of their respective attorneys' fees and other costs of maintaining any such action, shall be for the account of Licensor. Licensor shall, at all times, have full control over the conduct of any Infringement Claim action and the settlement thereof, except in the case where Licensee or an Affiliate thereof is a named defendant in any such action, in which event Licensor and Licensee shall have joint control of such action, but neither party hereto shall, in connection with any such action, assert any legal position or effect any settlement which would be in contravention of the other party's rights hereunder or to the Creative Content. Licensor shall have the right to join or intervene in any action commenced or defended by Licensee hereunder.

(H)    <u>Licensor's Exclusive Rights</u>

Licensee hereby acknowledges the exclusive rights of Licensor and its Affiliates:

(1)    to the Creative Content and all parts thereof, including, without limitation, all amendments and modifications thereto and all advertising matter, slogans, and similar items and ideas which may, from time to time, be used to promote the same; and

(2)    to make such additions or modifications to the Creative Content as Licensor sees fit, including, without limitation, the addition, renewal, or substitution of other intellectual property rights as may from time to time, in Licensor's sole judgment, be necessary to promote, improve, or protect the Creative Content.

(I)    <u>Licensee's Improvements to be Licensed to Licensor</u>

If, at any time during the period of this Agreement, Licensee or any employee or representative thereof shall invent, discover, or make any improvements to the Creative Content, it shall promptly inform Licensor of the same, together with all details necessary for a proper understanding of the same, and all such improvements, and the right to obtain any relevant

protection in respect thereof, shall be licensed by the appropriate Person to Licensor free of charge, with full rights to use, commercialize, and sublicense the same except for use, commercialization, or sublicense of the same which would be inconsistent with Licensee's rights granted pursuant to this Agreement. Licensee shall, at no incremental cost to Licensee, provide such assistance as Licensor may require for obtaining any relevant protection in respect of any such improvement. In the event of any such improvement, Licensee shall have the unrestricted right to utilize the same during the Term of this Agreement; provided, however, that at the conclusion of the term of this Agreement, the ownership of each such improvement shall become the sole property of Licensor.

      (J)    <u>Creative Content to be used Only with Operation of the Park</u>

      Licensee shall not use the Creative Content or any variation thereof except in connection with the operation of the Park as provided for herein.

### SECTION 8.   ACCOUNTING RECORD; RIGHT TO INSPECT

      (A)    <u>Reporting Requirements</u>

      Licensee shall deliver, or cause to be delivered, to Licensor, the following statements:

      (1)    by Wednesday of each week, a reasonably detailed operating statement reasonably sufficient to support the calculation of Gross Revenues, as Licensee keeps in the normal course of business of the Park for the previous week, and such other information as may be reasonably requested by Licensor;

      (2)    within thirty (30) days after the end of each calendar month of operation of the Park, a monthly operating statement, reasonably sufficient to support the calculation for Gross Revenues for the Park showing the results of operation of the Park for the preceding month and for the year to date (including, without limitation, the source and amount of total revenues, expenses, EBITDA, and average daily admissions of the Park for such period), and showing the previous month's Creative Content Royalty; and

      (3)    within one hundred twenty (120) days after the end of each Fiscal Year, audited separate and/or consolidated statements of the Park for such Fiscal Year, certified by an independent certified public accountants as shall be mutually approved by the parties hereto, showing the results of operation for the immediately preceding Fiscal Year (including, without limitation, the source and amount of revenues, expenses, EBITDA, and average admissions of the Park for such Fiscal Year).

      All financial statements and reports provided for in this <u>Section 8(A)</u> to be submitted to Licensor shall contain a written and signed certification from the chief executive officer or the chief financial officer of the Park, that, to the best knowledge and belief of such officer, the information contained in all such statements and reports is true, correct, and complete.

(B)    Licensee's Books and Records Available to Licensor

Licensee shall retain and make available to Licensor, or to the designated representatives of Licensor, upon reasonable advance Notice to Licensee, and in a manner not unreasonably disruptive to Licensee, all books and records, including, without limitation, all contracts, documents, invoices, construction records, financial statements and reports, tax returns, accounting or accountants' work papers, insurance reports, computer retained information, and other items of financial and business information of or relating to the Park and all operations and activities thereof, as Licensor shall reasonably request to the extent (and only to the extent) necessary to enforce Licensor's rights under this Agreement (collectively, "Books and Records"). Licensor shall have no right to copy or remove such Books and Records. Licensee shall keep all such Books and Records in all material respects in accordance with the determination of the accountants, on an accrual basis, and in accordance with GAAP, consistently applied.

(C)    Licensor's Right to Audit

Upon reasonable advance notice to Licensee, Licensee shall permit Licensor, it's accountants, attorneys and agents, to enter upon any of the Park at all reasonable times during, and for a period of two (2) years following, the term of this Agreement, for the purpose of examining, inspecting, auditing and making extracts of all financial and other Books and Records of Licensee which Licensor, in its discretion, shall deem necessary or advisable. If the request to audit the Books and Records is the result of a claim by a Governmental Authority, the Books and Records shall be made available for a period of six (6) years following the term of this Agreement. If the request is a result of a claim by another third party, the Books and Records shall be made available for a period of three (3) years following the term of this Agreement. If an audit of such Books and Records discloses that Licensor has been paid less than ninety-five percent (95%) of all Creative Content Royalty and other fees and payments due under this Agreement during any Fiscal Year, Licensee shall immediately pay the deficiencies, together with interest thereon at the lesser of eighteen percent (18%) simple interest per annum or the highest rate of interest allowed by applicable law, and shall also pay to Licensor immediately upon demand therefor all of Licensor's reasonable costs of such audit. If the audit discloses that ninety-five percent (95%) or more of all Creative Content Royalty and other fees and payments due have been made, Licensee shall pay any deficiency immediately, together with interest thereon at the lesser of eighteen percent (18%) simple interest per annum or the highest rate of interest allowed by applicable law, and Licensor shall bear the costs of the audit. If the audit discloses that more Creative Content Royalty and other fees and payments have been paid than were due, Licensor shall promptly repay such excess amounts to Licensee. Notwithstanding the foregoing, if, during the term of this Agreement, it is determined that Licensee has failed to pay at least ninety-five percent (95%) of all Creative Content Royalty and such other payments due on three (3) separate occasions then Licensee shall pay the costs of an annual audit thereafter for the duration of the term of the Agreement and any renewal terms thereof.

(D)    Record Retention

Licensee shall keep and preserve for three (3) years, at its expense, full and complete Books and Records as Licensee keeps in the normal course of business.

LEGAL_US_E # 70233809.17                    -19-

## SECTION 9.   REQUIRED INSURANCE

### (A)    Additional Insured

At Licensee's sole cost and expense, Licensor shall be added as an additional insured to any and all insurance policies (1) required under the Hard Rock License Agreement, and (2) otherwise carried by Licensee.

### (B)    Schedules and Certificates of Insurance

At least sixty (60) days prior to the beginning of each Fiscal Year, Licensee will submit to Licensor for its reasonable approval a schedule setting forth the minimum kinds and amounts of insurance to be maintained during the ensuing Fiscal Year in connection with the operation of the Park. At least ten (10) days prior to the beginning of each Fiscal Year, Licensee shall deliver certificates of insurance to Licensor evidencing all of the policies of insurance so procured, including existing, additional and renewal policies and all policies required by Section 13 of this Agreement, and in the case of insurance about to expire, shall deliver certificates of insurance to Licensor with respect to the renewal policies that are the obligation of Licensee prior to the respective dates of expiration. At Licensor's request, Licensee shall provide copies of the insurance policies required by this Agreement.

### (C)    General Requirements for Insurance

All insurance required hereunder shall be provided by policies issued by insurance companies who are qualified to do business in with a "Best" rating of at least AX. All policies of insurance required hereunder shall be in full force and effect at all times throughout the Term, commencing with the Opening Date, except for the coverage described in Section 13(A) shall be in full force and effect at all times throughout the Term and for an additional period of two (2) years and after the expiration of the Term. All insurance policies shall have attached thereto: (a) an endorsement that such policy shall not be canceled or materially changed without at least thirty (30) days' prior written notice to Licensor and Licensee, (b) an endorsement to the effect that no act or omission of Licensor, Licensee or their respective Affiliates shall affect the obligation of the insurer to pay the full amount of any loss sustained; and (c) an endorsement denying to the insurer rights of subrogation against the Licensor and Licensee, and their respective Affiliates, to the extent rights of recovery against the Licensor and Licensee, and their respective Affiliates, have been waived by the insured prior to occurrence of injury or loss and further providing that the insurance will not be invalidated by such a waiver. Any insurance may be provided under blanket policies of insurance. All insurance maintained by Licensee pursuant to Section 13(A) above shall, so long as the Park is mortgaged or encumbered pursuant to a mortgage or similar security instrument, be subject to a standard mortgagee clause in favor of the holder of the mortgage or other security instrument and shall provide that the insurance company will have no right of subrogation against such holder. The insurance coverage and limits required of the Licensee under this Agreement are designed to meet the minimum requirements of Licensor. They are not designed to limit the Licensee's liability under the contract or as a recommended insurance program for the Licensee. The Licensee alone shall be responsible for the sufficiency of its own insurance program.

(D)    <u>Licensor's Rights</u>

Licensee shall have insurance policies procured and maintained by Licensee pursuant to this <u>Section 9</u> and shall name Licensor and Affiliates designated by Licensor as additional insureds, to not preclude coverage if a claim is made by one insured against the other insured, to contain endorsements by the insurance carriers waiving all rights of subrogation against Licensor and Affiliates designated by Licensor, and to stipulate that Licensor will receive copies of all notices of cancellation, nonrenewal or coverage reduction or elimination at least thirty (30) days prior to the effective date of such cancellation, nonrenewal or coverage change.

## SECTION 10.  TERMINATION

(A)    <u>Termination by Licensor</u>

Licensor may not terminate this Agreement prior to the expiration of its term unless Licensee fails to make any payment due to Licensor hereunder within forty-five (45) days after Licensor's written notice that such payment is past due (an "Event of Default"). Upon the occurrence of an Event of Default, Licensor may, at its option, and without waiving its rights hereunder or any other rights available at Law or in equity, including its rights to damages, terminate this Agreement and all of Licensee's rights hereunder effective immediately upon the date Licensor gives written notice of termination, upon such other date as may be set forth in such notice of termination; provided, however, that this Agreement shall not be terminable by Licensor pursuant to this <u>Section 10(A)</u> so long as: (a) Licensee's non-payment is as a result of one or more materially negligent, intentional or bad faith actions or inactions of, or a material breach of agreement by the Key Executives acting in their respective capacities thereof or in connection with any other entity related in any way to the development, operation or management of the Park; (b) the amount of such past due payment(s) does not materially exceed the amount of damages sought, if any, by Licensee in connection with such actions or inactions of the Key Executives; and/or (c) Licensee's non-payment is as a result of the exercise of remedies by any Lender or Lenders which provided the Bond Financing and/or any successive debt or refinance thereof or otherwise.

(B)    <u>Termination by Licensee</u>

This Agreement may be terminated by Licensee, upon notice to Licensor, in the event (a) Licensor fails to keep, observe or perform any material requirement imposed upon Licensor pursuant to this Agreement, and such default remains uncured for a period of thirty (30) days after Notice of such default is given by Licensee to Licensor, or, in the event cure within such thirty (30) day period is not possible, no termination shall be permitted by Licensee if Licensor commences cure within such thirty (30) day period and diligently pursues the same; or (b) If Licensor applies for or consents to the appointment of a receiver, judicial manager, trustee or liquidator of all or a substantial part of its assets, files a voluntary petition in bankruptcy, or admits in writing its inability to pay its debts as they come due, makes a general assignment for the benefit of creditors, files a petition or an answer seeking reorganization or arrangement with creditors or to take advantage of any insolvency law, or files an answer admitting the material allegations of a petition filed against Licensor in any bankruptcy, reorganization or insolvency proceeding, or if any order, judgment or decree shall be entered by any court of competent

jurisdiction on the application of a creditor, adjudicating Licensor a bankrupt or insolvent or approving a petition seeking reorganization of Licensor or appointing a receiver, trustee or liquidator of Licensor or of all or a substantial part of the assets of Licensor, and any such order, judgment, or decree shall continue unstayed and in effect for any period of ninety (90) consecutive days; or (c) if the Partners LLC Agreement is terminated pursuant to its terms therein prior to the closing and funding of the Bond Financing (as defined in the Partners LLC Agreement) for the Park (in which event Licensee shall have no right to damages of any kind whatsoever).

(C)    Additional Licensor Remedies

Upon the occurrence of any of the following events, Licensor may, at its option, and without waiving its rights hereunder or any other rights available at Law or in equity, pursue its rights to damages and specific performance; provided, however, that Licensor shall not have the right to terminate this Agreement upon the occurrence of any of such following events:

(1)    If Licensee applies for or consents to the appointment of a receiver, judicial manager, trustee or liquidator of all or a substantial part of its assets, files a voluntary petition in bankruptcy, or admits in writing its inability to pay its debts as they come due, makes a general assignment for the benefit of creditors, files a petition or an answer seeking reorganization or arrangement with creditors or to take advantage of any insolvency law, or files an answer admitting the material allegations of a petition filed against Licensee in any bankruptcy, reorganization or insolvency proceeding, or if any order, judgment or decree shall be entered by any court of competent jurisdiction on the application of a creditor, adjudicating Licensee a bankrupt or insolvent or approving a petition seeking reorganization of Licensee or appointing a receiver, trustee or liquidator of Licensee or of all or a substantial part of the assets of Licensee, and any such order, judgment, or decree shall continue unstayed and in effect for any period of ninety (90) consecutive days;

(2)    If Licensee fails to perform or commits a breach of any covenant, obligation, term, condition, warranty or certification herein (other than as provided in (A) above) and fails to cure such noncompliance or deficiency within thirty (30) days after Licensor's written notice thereof; and

(3)    If Licensee violates the noncompetition covenants contained in Section 13(A) and Licensee fails to cure after thirty (30) days written notice of such violation from Licensor.

(D)    Specific Limitations on Remedies for Certain Defaults

In connection with all claims for breach of representation or warranty under this Agreement, or otherwise arising out of the transactions contemplated herein or therein, made by a party hereto against the other party, no such claim shall be made by reason of the happening of any event or the existence of any state of facts as to which the party asserting such breach had actual knowledge at or prior to the date hereof.

(E)   Nonexclusivity of Remedies

Neither the termination of this Agreement, nor the exercise of any other right or remedy by a party hereto, shall terminate the right of either party hereto to commence appropriate arbitration, or, if applicable hereunder, litigation proceedings to remedy the breach of this Agreement by the other party, and shall also not affect the right of Licensor to any payment which becomes due hereunder, or otherwise, following termination of this Agreement. Notwithstanding anything to the contrary set forth in this Agreement, in no event shall Licensor have the right to seek damages for the payment of the Creative Content Royalty (based upon a percentage of the Park's Gross Revenues to the extent of EBITDA in excess of $51,000,000 as provided in Section 4(A) of this Agreement) in the event that the Park fails to generate EBITDA in excess of $51,000,000 for any reason (including, but not limited to, the financial performance of the Park, the closure of the Park for any reason, etc.).

## SECTION 11.   LICENSEE'S OBLIGATIONS UPON TERMINATION OR EXPIRATION

(A)   Termination of Use of Creative Content; Other Obligations

Upon expiration or termination of this Agreement under Section 10 or Section 11 herein, Licensee's right to use the Creative Content will terminate immediately, and this Agreement shall cease and neither party shall have any further claim against the other whatsoever in respect of any matter or thing under this Agreement, except that all obligations of the parties under this Agreement which accrue or are due with respect to periods prior to, or as of, such termination or expiration, and all obligations which expressly survive the expiration or termination of this Agreement, including the provisions of Section 15 and Section 16 of this Agreement, shall continue in full force and effect subsequent to and notwithstanding the expiration or termination of this Agreement. In addition, Licensee will: (i) promptly upon demand therefor by Licensor and, in any event, not later than the scheduled due date thereof after any such event, pay any and all other Creative Content Royalty and amounts due and owing to Licensor or any Affiliate of Licensor under this Agreement that are not in good faith dispute; and (ii) comply with other applicable provisions of this Agreement.

## SECTION 12.   TRANSFER

(A)   Assignment By Licensor

This Agreement is fully assignable by Licensor, and shall inure to the benefit of any assignee or other legal successor to the interests of Licensor herein, provided that the assignee is the sole and exclusive owner of the Creative Content, and upon such assignment, Licensor shall be relieved of all liability hereunder. In addition, Licensor shall at all times have the right to encumber, pledge, grant, or convey its rights, title and interest in and to its interests in this Agreement (including, but not limited to, its rights to Creative Content Royalty under Section 4 herein) by way of a security agreement, a pledge and/or a collateral assignment to secure the payment of same.

(B)    <u>Sale, Lease or Assignment By Licensee</u>

Licensee shall not assign this Agreement or any interest therein except concurrently with and only to any party to whom Licensee sells, leases or otherwise transfers all or substantially all of its interest in the Park and assigns all of its interest in and to the Hard Rock License Agreement. Notwithstanding anything in this Agreement to the contrary, Licensee shall have the right, without the need to request or obtain the consent of Licensor, to pledge or mortgage all or part of the Park, including its interests in this Agreement, in connection with any lien financing of the Park (subject, however, to the terms of <u>Section 18</u> of this Agreement). In connection with any such financing, the payment of the Creative Content Royalty shall not be subordinated to the payment of any debt service to any lender providing such financing.

(C)    <u>Effect of Sale or Lease</u>

(1)    It is the intent of the parties hereto that the Park shall at all times during the term of this Agreement be developed and operated in accordance with the Management Agreements and the terms of this Agreement. Accordingly, in the event that Licensor consents to an assignment, sale or lease of the Park, the transferee shall deliver to Licensor as a condition to such assignment, sale or lease an executed written instrument, reasonably satisfactory in form and substance to Licensor and its counsel, expressly assuming and agreeing to perform all of the terms and provisions of this Agreement, whereafter Licensee shall be forever released from any and all obligation or liability that arises after the applicable date of assumption.

(2)    Licensor's consent to any assignment, sale or lease of this Agreement shall not constitute a waiver of any claims Licensor or any Affiliate of Licensor may have against Licensee, nor shall it be deemed a waiver of Licensor's right to demand exact compliance with any of the terms or conditions of this Agreement by Licensee.

(D)    <u>Breach</u>

In the event of any failure by Licensee to satisfy any terms and conditions of this <u>Section 12</u>, the consent to any transfer of the Park and/or assignment of this Agreement shall be deemed withheld by Licensor and any such sale, lease, transfer and/or assignment shall be a default hereunder.

(E)    <u>Costs of Transfer</u>

Licensee shall reimburse Licensor for all of Licensor's reasonable actual costs and expenses incurred in connection with any such transfer, such costs not to exceed Twenty Five Thousand Dollars ($25,000). Such fee shall not be payable with respect to a transfer in connection with the initial Bond Financing.

## SECTION 13.  <u>LIMITATION OF LIABILITY</u>

It is expressly understood and agreed that the liability of Licensor and Licensee, respectively (including any partnership, joint venture or other entity that succeeds to the interest of Licensor and Licensee, respectively) hereunder shall be limited solely to (i) the assets of Licensor, and (ii) the assets of Licensee. No limited partner, member, shareholder, officer or

director of Licensor or Licensee or any guarantor of Licensor or Licensee, respectively (or of any such successor partnership, joint venture or other entity) shall be personally liable in respect to any claim arising out of or related to this Agreement, and any deficit capital account of a partner or member of Licensor and Licensee, respectively (or of any such successor partnership, joint venture or other entity) shall not be deemed an asset of Licensor or Licensee, respectively (or of any such successor of Licensor and Licensee, respectively). Notwithstanding anything to the contrary in this Agreement, (A) no party shall be liable to the other party for any indirect, consequential, special or punitive damages of the other party, and each party hereby waives any and all such claims for its own indirect, special, consequential or punitive damages arising from any breach of this Agreement, and (B) no party shall be liable to the other party for any, and each party hereby waives any and all such claims for its own, actual damages (including, but not limited to, claims for future Creative Content Royalty or future profits from the operation of the Park) if Licensee terminates (and Licensee shall have the right to terminate) this Agreement as a result of (1) the Bond Financing Closing's failure to occur for any reason whatsoever or (2) Owner's election to abandon the development of the Park for at least twenty-four (24) months, and (C) Licensee shall not be liable for any future Creative Content Royalty or future profits from the operation of the Park if Licensee terminates (and Licensee shall have the right to terminate) this Agreement in the event that (1) without limiting the transfer rights of the Licensor pursuant to Section 12 herein, all of the constituent interests of the Key Executives in HRP Partners are purchased by members of HRP Partners or any of their Affiliates or (2) Licensee terminates this Agreement for any reason for which Licensee is allowed to terminate pursuant to this Agreement; provided, further, and notwithstanding the foregoing, in no event shall any party who terminates this Agreement as a result of the breach of this Agreement by the other party (even in the Event of Default) have the right to seek, and in all such events the terminating party hereby waives, future Creative Content Royalties and/or future profits from the operation of the Park that might have otherwise been earned had the termination not occurred.

## SECTION 14.   DISPUTE RESOLUTION

(A)   Arbitration

All disputes shall be resolved exclusively in the manner set forth in this Section 14(A), except that the parties may seek injunctive or other provisional, expedited or extraordinary relief in the United States District Court located in Orange County, Florida or any state court located in Orange County, Florida to protect their interests from irreparable harm. In the event of a dispute, either party may submit such matter for final resolution by arbitration pursuant to the following procedures. Prior to the initiation of any arbitration proceeding pursuant to this Agreement, the initiating party shall deliver to the responding party a "pre-arbitration notice" pursuant to which the parties shall attempt to negotiate a resolution of such dispute in good faith for 30 days. If the parties are unable to negotiate a resolution of the dispute by the end of such 30-day period, then the dispute will be submitted to binding arbitration in the following manner set out in this Section 14(A).

(1)   Unless otherwise mutually agreed in writing by the parties, the place of arbitration shall be New York, New York. In the event that either party calls for a determination in arbitration pursuant to the terms of this Agreement, the parties shall have a period of ten (10) Business Days from the date of such request to mutually agree on three (3) qualified

arbitrators (each, a "Qualified Arbitrator" and collectively, the "Qualified Arbitrators"). If the parties fail to agree, each party shall have an additional ten (10) Business Days to each select a Qualified Arbitrator, and the two Qualified Arbitrators selected shall select a third Qualified Arbitrator. The Qualified Arbitrators shall form and constitute the panel which shall hear and decide the dispute in question. If either party fails to make its respective selection of a Qualified Arbitrator within the additional 10-day period provided for above, then the other party's selection shall be the Qualified Arbitrator, who shall select two (2) additional Qualified Arbitrators.

(2)     The Qualified Arbitrators shall decide the issues submitted to them pursuant to the Rules in accordance with (i) the language, commercial purpose and restrictions contained in this Agreement and the Exhibits hereto and (ii) what is just and equitable under the circumstances, provided that all substantive issues shall be determined under the laws of the State of Delaware.    With respect to any arbitration proceeding hereunder, the following provisions shall apply:

(a)     The parties shall cooperate with one another in the production and discovery of requested documents, and in the submission and presentation of arguments to the Qualified Arbitrators at the earliest practicable date; and the Qualified Arbitrators shall decide the dispute in a written opinion which shall be conclusive and binding upon them.

(b)     The Qualified Arbitrators conducting any arbitration shall be bound by the provisions of this Agreement and shall not have the power to add to, subtract from or otherwise modify such provisions.

(c)     Except as otherwise provided for in this Agreement, the parties hereby renounce all recourse to litigation with respect to the matters in this Agreement which direct the dispute in question to be resolved under this arbitration provision, and agree that, with respect to such matters only, (a) no reference shall be made to any court on any point of law and (b) that the ruling and award (if any) of the Qualified Arbitrators shall be final and subject to no judicial review. Judgment on the award of the Qualified Arbitrators may be entered in any court having jurisdiction over the party against which enforcement of the award is being sought, and any party may institute judicial proceedings to compel arbitration in accordance with the provisions hereof.

(3)     In the event of an arbitration under this Agreement, then the Qualified Arbitrators shall be directed to award to the prevailing party all reasonable arbitration costs, attorney's fees and related expenses of such party, in addition to any other monetary award, which shall be paid by the losing party. In the event that the Qualified Arbitrators shall find that both parties have prevailed on the merits in any substantial part, then the Qualified Arbitrators shall have the option of determining the relative success of the parties on the merits for the purposes of dividing between the parties the arbitration costs and the combined fees and expenses incurred by both parties. The fees to be paid to the Qualified Arbitrators shall be advanced equally by the parties. Such fees advanced by the prevailing party shall be reimbursed to the prevailing party by a losing party, if so determined by the decision of the Qualified Arbitrators. The provisions of this Section 14(A) shall survive the termination or expiration of

this Agreement for any reason, regardless of whether a dispute arises before or after termination or expiration of this Agreement and regardless of whether the related arbitration proceeding occurs before or after termination or expiration of this Agreement.

### (B)   Provisional Remedies

No provision of this section shall limit the right of any party to this Agreement to exercise or obtain provisional or ancillary remedies from a court of competent jurisdiction before, after, or during the pendency of any arbitration or other proceeding. The exercise of a remedy does not waive the right of either party to resort to arbitration or reference.

### (C)   Specific Enforcement Representation

Each party to this Agreement severally represents and warrants to the other parties that this Section 14 is specifically enforceable against such party by the other party.

### (D)   Governing Law

The validity, construction and interpretation of this Agreement shall be governed by the laws of the State of Florida without regard to its conflicts of laws provisions; provided, however, that the foregoing shall not be construed so as to restrict in any manner the ability of either party to enforce any judgment obtained in any court of competent jurisdiction.

## SECTION 15.  INDEMNIFICATION

### (A)   Indemnification by Licensee

Licensee shall Indemnify Licensor and its Affiliates and all of their respective directors, officers, employees, agents and representatives from and against all actions, suits, claims, proceedings, investigations, audits, demands, assessments, fines, judgments, costs and expenses (including, without limitation, reasonable attorneys' fees) ("Claims") incurred by any of them by reason of (subject in each instance to the limitations set forth in Section 10(E) of this Agreement) (i) any breach by Licensee of any covenant or agreement made by it in this Agreement, (ii) any act or omission of Licensee or any officer, employee or agent of Licensee, whether or not incurred or committed in the operation of the Park, (iii) any failure by Licensee to provide all of the services contracted for in connection with the operations of the Park, to honor and fulfill all obligations of Licensee under any contract, commitment or obligation of Licensee, (iv) any failure by Licensee or its Affiliates or any officer, employee or agent of Licensee of its Affiliates, to obtain and maintain the applicable approvals, licenses and Permits required by any applicable Governmental Authority or Licensee, (iv) any violation by Licensee or its Affiliates of any approvals, licenses or Permits relating to the Park or the Park, (v) the operation of the Park, including any death or personal injury or property damage occurring at the Park, (vi) any act or omission on the part of Licensee that leads to an Event of Default or (vii) any act or omission on the part of Licensee that leads to an Event of Default (as characterized in the Hard Rock License Agreement) or breach under the Hard Rock License Agreement.

(B)   Indemnification By Licensor

Licensor shall Indemnify Licensee and its Affiliates and all of their respective directors, officers, employees, agents and representatives from and against all Claims incurred by any of them by reason of any breach by Licensor of any covenant or agreement made by it in this Agreement.

(C)   Method of Asserting Claims

Whenever any Claim shall arise for indemnification under this Section 15, the indemnified party will give prompt written notice to the indemnifying party of such Claim, stating the nature, basis and (to the extent known) amount thereof, and shall cooperate fully in the defense, settlement or compromise of such Claim; provided that failure to give prompt notice shall not jeopardize the right of the indemnified party to indemnification unless such failure shall have materially prejudiced the ability of the indemnified party to defend such Claim.   The indemnifying party shall have the sole right to select counsel for the defense of such Claim, subject to the approval of the indemnified party (which approval shall not be unreasonably withheld) and to control the defense, settlement or compromise of such Claim. The indemnified party shall have the right to participate in (but not control) the defense of any such Claim, with its counsel and at its own expense.  The indemnifying party shall not settle or compromise any Claim by a third party for which it is entitled to indemnification hereunder without the prior written consent of the indemnifying party.  The indemnifying party shall obtain the prior written approval of the indemnified party (which approval may not be unreasonably withheld) before ceasing to defend against such third party claim or entering into any settlement or compromise of such third party claim involving injunctive or similar equitable relief being asserted against any indemnified party and the indemnifying party will not, without prior written consent of each indemnified party, settle or compromise or consent to the entry of any judgment in any pending or threatened Claim, action or cause of action, suit or proceeding in respect of which indemnification may be sought thereunder (whether or not any such indemnified party is a party to such Claim, action or cause of action, suit or proceeding), unless such settlement, compromise or consent includes an unconditional release of all such indemnified parties from all liability arising out of such Claim, action, suit or proceeding.

(D)   Survival

The provisions of this Section 15 shall survive the termination of this Agreement for any reason.

## SECTION 16.  CONFIDENTIAL INFORMATION

Except as provided in this Agreement, each party shall disclose Confidential Information to the other party solely on the condition that the recipient and its Affiliates agree, and the recipient, individually and on behalf of its Affiliates hereby agrees, that at all times during and after the term of this Agreement, the recipient and its Affiliates (i) shall not use the Confidential Information in any other business or capacity, (ii) shall maintain the absolute confidentiality of the Confidential Information, (iii) shall not distribute to third parties copies of any portion of the Confidential Information which is disclosed in written or tangible form, except

as provided for in the definition of "Confidential Information" set forth herein, and (iv) shall adopt and implement reasonable procedures to prevent the unauthorized use or disclosure of the Confidential Information, including, without limitation, restrictions on disclosure thereof by the recipient's employees and Affiliates who may have access to the Confidential Information. In the event that either party is required through legal process to disclose any Confidential Information, such party may do so, provided that the disclosing party gives the other party written notice of the Confidential Information to be disclosed as far in advance of its disclosure as is reasonably practicable.

Each party acknowledges that the restrictions contained in this Section 16 are reasonable and necessary to protect the legitimate interests of the disclosing party, do not cause the recipient of the Confidential Information undue hardship, and that any violation of the provisions of this Section 16 will result in irreparable injury to the disclosing party and its Affiliates and that, therefore, the disclosing party shall be entitled to preliminary and permanent injunction relief in any court of competent jurisdiction, which rights shall be cumulative and in addition to any other rights or remedies to which the disclosing party may be entitled.

## SECTION 17.  GENERAL PROVISIONS

### (A)    Entire Agreement

This Agreement, the documents referred to herein, and the attachments hereto, if any, constitute the entire, full and complete agreement between Licensor and Licensee concerning the subject matter hereof, and supersede all prior agreements, no other representations having induced Licensee to execute this Agreement.  No representations, inducements, promises, or agreements, oral or otherwise, not embodied in this Agreement or attached hereto (unless of subsequent date) were made by either party, and none shall be of any force or effect with reference to this Agreement or otherwise.  Except as otherwise provided in this Agreement, no amendment, change or variance from this Agreement shall be binding on either party unless mutually agreed to by the parties and executed by their authorized officers or agents in writing.

### (B)    Notices

Except as otherwise provided in this Agreement, all notices, demands, requests, consents, approvals and other communications (collectively "Notices"), required or permitted to be given hereunder, or which are to be given with respect to this Agreement, shall be in writing and personally delivered, or sent by facsimile (with a confirming copy mailed by registered mail as described herein), or by a recognized overnight courier service, or by registered mail, postage prepaid, return receipt requested, addressed to the party to be so notified as follows, or to such other address as shall be provided by a party to the other party by written Notice:

| If to the Licensee: | HRP CREATIVE SERVICES CO., LLC |
|---|---|
| | 622 East Washington Street, Suite 500 |
| | Orlando, FL  32801 |
| | Attn: Steven Goodwin |
| | Facsimile: 321-413-0209 |

| | |
|---|---|
| with copy to: | Moran & Shams LLP<br>111 North Orange Avenue<br>Suite 1200<br>Orlando, Florida 32801<br>Attn: Scott Johnson<br>Facsimile: 407-841-4148 |
| If to Licensor, to: | HRP MYRTLE BEACH OPERATIONS, LLC<br>730 5th Avenue<br>New York, NY 10019<br>Attn: Ilan Rubinstein<br>Facsimile: 212-300-8001 |
| with copy to: | Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>Attn: Rick S. Kirkbride, Esq.<br>Facsimile: 213-996-3261 |

Notices shall be deemed received on the date of delivery if personally delivered, two (2) Business Days after sending if sent by facsimile or overnight courier service, or seven (7) Business Days after sending if sent by registered mail.

(C)   Independent Contractor Status

This Agreement does not create a fiduciary relationship between the parties hereto, and Licensee is and shall, at all times, remain an independent contractor. Nothing in this Agreement is intended to constitute either party an agent, legal representative, subsidiary, joint venturer, partner, employee or servant of the other party for any purpose. During the term of this Agreement, Licensee shall hold itself out to the public only as an independent contractor operating the business pursuant to a license from Licensor.

(D)   Survival

Any covenant, representation, warranty, term or provision of this Agreement which, in order to be effective, must survive the termination of this Agreement, shall survive any such termination.

(E)   Severability

Except as expressly provided to the contrary elsewhere herein, each section, part, term and/or provision of this Agreement shall be considered severable and shall be construed as independent of any other section, part, term and/or provision of this Agreement. If, for any reason, all or any part of any section, part, term and/or provision herein is held to be invalid, unenforceable, or in conflict with any applicable Law by a court or properly convened arbitrators having valid jurisdiction in an unappealed final decision to which Licensor is a party or by which Licensor may be bound, such shall not impair the operation of, or have any other effect upon, any other section, part, term and/or provision of this Agreement as may remain otherwise valid

and enforceable, and the latter shall continue to be given full force and effect and bind the parties hereto, and said invalid sections, part, terms and/or provisions shall be deemed limited by construction in scope and effect to the minimum extent possible to render the same valid and enforceable.

    (F)   <u>Waivers and Amendments</u>

        No failure by any party hereto to insist upon the strict performance of any covenant, agreement, term or condition of this Agreement, or to exercise any right or remedy consequent upon the breach thereof, shall constitute a waiver of any such breach or any subsequent breach of such covenant, agreement, term or condition. No covenant, agreement, term or condition of this Agreement, and no breach thereof, shall be waived, altered or modified except by written instrument signed by the party to be charged therewith. No waiver of any breach of any covenant, agreement, term or provision of this Agreement shall affect or alter this Agreement, but each and every covenant, agreement, term and condition of this Agreement shall continue in full force and effect.

    (G)   <u>No Warranties or Guarantees</u>

        Except as provided herein, neither party makes any warranty or guaranty upon which the other party may rely, and assumes no liability or obligation to the other party, by providing any waiver, approval, consent or suggestion to the other party in connection with this Agreement, or by reason of any delay, or denial of any request therefor. Neither party, in executing this Agreement, has relied upon any representation or warranty of the other party that the business operations to be conducted at the Park will be successful, or that any specific level of profit will be achieved.

    (H)   <u>Consents and Approvals</u>.

        (1)   All consents and approvals which may be given under this Agreement shall be in writing.

        (2)   If, pursuant to this Agreement, any consent or approval by either party which may not be unreasonably withheld is alleged to have been unreasonably withheld, conditioned or delayed, then any dispute as to whether such consent or approval has been unreasonably withheld, conditioned or delayed shall be settled in accordance with the dispute resolution mechanism as set forth herein. In the event there shall be a final determination that such consent or approval was unreasonably withheld, conditioned or delayed so that such consent or approval should have been granted, the consent or approval shall be deemed granted and the party requesting such consent or approval shall be entitled to damages or any other relief resulting therefrom.

        (3)   In furtherance of the respective rights of the parties contained within this Agreement, including, without limitation, any right of approval or consent, or, in the case of Licensee, to exploit the Creative Content granted hereunder to Licensee, each party shall be entitled to receive from the other all materials and information in the possession or control of the other party reasonably requested to enable the requesting party to exercise the rights granted to such requesting party hereunder.

(I)    <u>Expenses</u>

Except to the extent otherwise provided herein, Licensee will bear all costs, expenses and fees, including, without limitation, the fees and expenses of the respective legal counsel of the parties hereto, in connection with the negotiation, preparation and execution of this Agreement, and in connection with all due diligence reviews and investigations conducted by the parties hereto prior to the execution of this Agreement.

(J)    <u>Force Majeure</u>

If by reason of war, riots, civil commotion, labor disputes, strikes, lockouts, inability to obtain labor or materials, fire, hurricane, windstorm, flooding, or other acts or elements, accidents, government restrictions or appropriation or other causes, whether like or unlike the foregoing, beyond the control of a party hereto, such party is unable to perform in whole or in part its obligations under this Agreement, then in such event such inability to perform, so caused, shall not make such party liable to the other.

(K)    <u>Absence of Third Party Beneficiary Rights</u>

Except as otherwise specified in this Agreement, no provision of this Agreement is intended or shall be construed to provide or create any third party beneficiary right or any other right of any kind in any client, customer, affiliate, insurer, lender, shareholder, partner, officer, director, employee or agent of any party hereto, or in any other Person, and all terms and provisions hereof shall be personal solely among the parties to this Agreement and their proper successors and assigns.

(L)    <u>Assignment</u>

Subject to the provisions of <u>Section 12</u> hereof, this Agreement shall be binding upon and inure to the benefit of and be enforceable by the respective heirs, legal representatives, successors and permitted assigns of the parties hereto.

(M)    <u>Headings</u>

The section and other headings contained herein are for convenience of reference only, and are not intended to define, limit or describe the scope or intent of any provision of this Agreement.

(N)    <u>Counterparts</u>

This Agreement may be executed in any number of counterparts, with the same effect as if the parties had signed the same document. For purposes of this Agreement, (a) a telegram, telex, electronic mail, cablegram, or similar transmission by a Person; (b) or a photographic, photostatic, facsimile, electronic or similar reproduction of a writing signed by a Person; or (c) any other method of communication permitted by applicable law shall be regarded as signed by that Person.

(O)     Public Announcements

No notices to third parties or other publicity, including press releases, concerning the existence of this Agreement or the specific information contained herein that is not of general interest to the public shall be made by either party hereto or their respective Affiliates unless agreed to by each of the parties hereto, except to the extent required by Law.

(P)     Franchise Laws Not Applicable

It is the intention of the parties that the negotiation, execution, delivery and performance of this Agreement and the other agreements, instruments and documents to be executed and delivered in connection herewith, and the consummation of the transactions contemplated hereby and thereby not trigger or be subject to the franchise laws and regulations of any jurisdiction.

(Q)     Cumulative Remedies

Subject to the express limitations set forth in the Agreement, including but not limited to Section 3 and Section 10 of this Agreement, all rights and remedies of the parties hereto are cumulative of each other and of every other right or remedy such parties may otherwise have at law or in equity, and the exercise of one or more rights or remedies shall not prejudice or impair the concurrent or subsequent exercise of other rights or remedies.

## SECTION 18. SECURED PARTY RIGHTS

(A)     Right to Pledge

Notwithstanding any other provisions of this Agreement, Licensee shall at all times have the right to encumber, pledge, grant, or convey its rights, title and interest in and to its interests in this Agreement by way of a security agreement, a pledge and/or a collateral assignment (collectively, a "Pledge") to secure the payment of any loan or loans obtained by Licensee to finance or refinance the Park. The beneficiary of a Pledge, such as a secured party of a security agreement, is referred to herein as a "Secured Party". The Creative Content Royalty shall not be subordinated to any Pledge.

(B)     Notice of Breaches to Secured Parties

In the event Licensor gives written notice to Licensee of a breach of its obligations under this Agreement, Licensor shall forthwith furnish a copy of the notice to each Secured Party that has been identified by written notice to Licensor by Licensee. To facilitate the operation of this Section 18, Licensee shall at all times keep Licensor provided with an up-to-date list of Secured Parties.

(C)     Secured Party May Cure Breach of Licensee

(1)     In the event that Licensee receives notice from Licensor of a breach by Licensee of any of its monetary obligations under this Agreement and such breach is not cured by Licensee pursuant to the provisions of this Agreement, Licensor shall, in addition to the

notice provided in <u>Section 18(B)</u> of this Agreement, give notice of the monetary failure to cure on the part of Licensee to the Secured Party at the expiration of the period within which Licensee may cure as set forth in this Agreement. Then the Secured Party may proceed to cure any such failure within thirty (30) days after the receipt of the additional notice herein set forth.

(2)     In the event that Licensee receives notice from Licensor of a non-monetary breach by Licensee of any of its obligations under this Agreement and such breach is not cured by Licensee pursuant to the provisions of this Agreement, Licensor shall, in addition to the notice provided in <u>Section 18(B)</u> of this Agreement, give notice of the failure to cure on the part of Licensee to the Secured Party at the expiration of the period within which Licensee may cure as set forth in this Agreement. Then the Secured Party may proceed to cure any such non-monetary failure and the Secured Party, if it elects to cure such default, shall give Licensor written notice of its intention so to cure within thirty (30) days after the receipt of the additional notice herein set forth. In the event that the Secured Party elects to proceed to cure any such non-monetary default, the Secured Party shall do so within the applicable cure period contained in this Agreement; provided, however, that with regard to non-monetary defaults, the commencement of the cure period for the Secured Party shall commence on the date the Secured Party notifies Licensor of the Secured Party's election to cure such default.

(3)     For purposes of this <u>Section 18(C)</u>, the term "Secured Party" shall include not only the "Secured Party", as that term is defined in <u>Section 18(A)</u> of this Agreement, but shall also include any person or entity that obtains title to the Park as a result of the Secured Party's exercise of its foreclosure rights or the transfer of title or control to the Park at the direction of the Secured Party by Licensee to a person or entity by deed-in-lieu of foreclosure or other similar nonjudicial transaction.

(D)     <u>Rights and Duties of Secured Party</u>

In no event shall any Secured Party be deemed to be Licensee hereunder or be obliged to perform or observe any of the covenants, terms or conditions of this Agreement on the part of Licensee to be performed or observed, or be in anyway obligated to complete the improvements to be constructed in accordance with this Agreement, nor shall it guarantee the completion of improvements as hereinbefore required of Licensee, whether as a result of (i) its having become a Secured Party, (ii) the exercise of any of its rights under the instrument of instruments whereby it became a Secured Party (including without limitation, foreclosure or the exercise of any rights in lieu of foreclosure), (iii) the performance of any of the covenants, terms or conditions on the part of Licensee to be performed or observed under this Agreement or (iv) otherwise, unless such Secured Party shall specifically elect under this <u>Section 22(D)</u> to become Licensee by written notice to Licensor whereupon such Secured Party, upon making any such election as aforesaid, shall then and thereafter for all purposes of this Agreement be deemed to be Licensee hereunder.

(E)     <u>Secured Party's Rights Agreements</u>

Licensor covenants and agrees with Licensee that Licensor shall, at the request of Licensee made from time to time and at any time, enter into a lender's rights agreement with any Secured Party (or potential Secured Party) identified by Licensee, which lender's rights

agreement shall be consistent with the terms and provisions contained in this Section 18 that apply to Secured Parties and Pledges and shall be in a form mutually acceptable to Licensor and such Secured Party (or potential Secured Party). Within thirty (30) days of Licensee's request for a lender's rights agreement pursuant to the provisions of this Section 22(E), time being of the essence, Licensor shall execute and deliver to Licensee such a lender's right agreement benefiting the identified Secured Party (or potential Secured Party) and such Secured Party's Pledge (or potential Secured Party's potential Pledge), which executed lender's rights agreement shall be in a form and substance that are reasonably acceptable to such Secured Party (or potential Secured Party) and Licensor that is consistent with, and at the option of such Secured Party (or potential Secured Party) incorporates, the terms and provisions of this Section 22 that apply to Secured Parties and Pledges (such as the Secured Party notice provisions and the Secured Party cure rights provisions of this Section 22) and that does not modify any of the material rights of the Licensor, such as the Creative Content Royalty.

      (F)    Modifications and Transfer

Licensor shall execute such amendments and modifications to this Agreement and such certificates and agreements that may be reasonably requested by a Secured Party in connection with the financing of the Park by Licensee, provided that the changes are not reasonably expected to have an adverse impact on Licensor and the form and substance of such amendments and modifications are reasonably acceptable to Licensor.

      (G)    Foreclosure

Notwithstanding anything to the contrary contained in this Agreement, a Secured Party (or an Affiliate of a Secured Party) shall have the right and power to exercise its rights under a Pledge and obtain the Licensee's rights to the Creative Content. In the event of such a transfer of title, the Secured Party shall become the Licensee and shall: (i) within thirty (30) days of obtaining the Licensee's rights to the Creative Content, pay Licensor all accrued but unpaid Creative Content Royalty and (ii) within thirty (30) days of obtaining title to the Creative Content, assume this Agreement without modification.

## SECTION 19.  EFFECTIVENESS OF AGREEMENT.

      (A)    Acknowledgement

The parties acknowledge and agree that (i) the terms of this Agreement, including this Section 19, were specifically negotiated and (ii) each party was represented by counsel throughout the negotiation of this Agreement. For purposes of this Section 19, the term "Agreement," includes all agreements executed or to be executed pursuant to conditions set forth in this Section 19.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed, effective as of the date first set forth above.

| WITNESS/ATTEST: | LICENSOR: |
|---|---|
| | **HRP CREATIVE SERVICES CO., LLC,**<br>a Florida limited liability company<br><br>By:<br>Name: Steven Goodwin<br>Its: Managing Director |
| WITNESS/ATTEST: | LICENSEE: |
| | **HRP MYRTLE BEACH OPERATIONS, LLC,**<br>a Delaware limited liability company<br><br>By:<br>Name: Steven Goodwin<br>Its: Chief Executive Officer, Chief Financial Officer and Secretary |

[SIGNATURE PAGE TO CREATIVE SERVICES AGREEMENT]

## EXHIBIT A

## CREATIVE CONTENT

[Attached]

CONFIDENTIAL

# Creative Content Register 2002-2006

## Property of HRP Creative Services Co., LLC:

1. **Rock and Roll Theme Park Concept:**
    a. A Theme Park based on the culture, atmosphere, architecture, fashion, style, excitement, legend, aura, attitude, landscaping, melodies, lyrics, mementos, memorabilia, props, costumes, equipment and sounds of Rock Music (including but not limited to Rock, Classic Rock, Hard Rock, Punk Rock, Acid Rock, Southern Rock, Swamp Rock, Rockabilly, Reggae, Rhythm and Blues, Industrial, Pop, Country, Rap, Hip Hop, Disco, Glam, Grunge and any other derivatives (past, present or future) of Rock and Roll music. More than just a music park, the concept of the park also embodies the culture/lifestyle and attitude/artistry and energy/philosophies of Rock and Contemporary Pop culture. This park concept features:
        i. Attractions (Rides and Shows) and all other elements standard in the theme park industry.
        ii. Food and Retail
        iii. Architecture and Landscaping (with area sound and lighting)
        iv. Exhibits and Displays
        v. Games and Interactives
        vi. Services and Amenities
        vii. Key rides with On Board Audio.
        viii. Live Concert and Musical Performances – Tribute Acts and Performers. - Themed Live Performance from Characters, Actors, Musicians and Specialty Acts that are in any way associated with Rock Music, its derivatives and the life style and culture.
        ix. Concept of Park *program* (mix of attractions and amenities) designed to allow all demographics and ages of a family unit to enjoy attractions in the same Zone (or "Land")
        x. Concept of entertainment based queue lines, waiting areas, lobbies and pre shows. This concept also involves the voyeuristic viewing visitor to enjoy watching other guests perform/participate.
        xi. Concept of Plazas and Piazzas allowing gathering places (out of the main flow of pedestrians) and socialization to occur throughout the park
        xii. Concept of landscaping to provide a significant portion of shade cover throughout pathways, plazas, gathering spaces, rest areas, tribute areas, displays, exhibits and some attractions
        xiii. Concept of making the Park designed to accommodate Special Events, Corporate Events, Private Parties, Festivals, Functions and the like. Park designed to provide adequate parade route, special event space and future expansion. Show venues designed to provide regular shows as well as accommodate specialty bands, acts, etc. for Special Events.
        xiv. Concept of incorporating interactive elements throughout the park allowing the visitor to make "Discoveries" in, around and between the major attractions, venues, restaurants and retail locations.

CONFIDENTIAL

Again, this is also conceived to be enjoyed by the visitor watching the other guests participate/interact with the "Discovery".

**Title: "Hard Rock Park"** [1]. Alternative titles: "Rock n Roll Paradise" – title to contain the word Rock, Rock and Roll or some derivative thereof

2. **Themed Zones** (Lands, Environments, Places or Areas):

   a. Entry/Exit Zone containing buildings, streets, plazzas and architecture designed to compliment shopping, dining, ticket buying, renting (carts, cameras, etc.), guest relations, live and multimedia entertainment and all the other amenities utilized at the entrance and exit of a theme park. The look can contain elements of brick, stucco, glass, steel and wood.

   **Branded Title: "*All Access* Entry Plaza" or "All is One"** [1].

   b. Subtropical Zone containing rides, shows, exhibits, displays, food and merchandise, representing any and all subtropical, island, beach, jungle or oasis environment. Influences can be from the South Pacific, Caribbean, Africa, South American, North America, Asia, South East Asia, Europe, Australia or any other continent that contains Tropical, Subtropical or mild climates. Look to include natural materials: stone, wood, fabric, etc. Area to, among other things, celebrate Rock Legends, Beach/Island/Tropical inspired music, multiple cultures – their religions, art and music. Area to also celebrate lifestyles influenced by life on the beach/jungle/island by natives, visitors (i.e. WWII fighter squadrons stationed on islands), colonies, musical artists who visited or lived in these environments, etc. (Note some entrances or exits to this Zone can be through gates [ala Heaven's Gate] or past large skeleton sculptures.)

   **Title: "Rock & Roll Heaven" or "Save the Planet"** [1].

   c. British Zone area containing rides, shows, exhibits, displays, food and merchandise representing elements from England or any other past or present British colonies including Australia, Canada, India, various islands, etc. British icons (i.e. Red Telephone Booths, Cobble Stone paths, Double Decker Buses, etc.) will be included with British influenced architecture, music, fashion, food and merchandise. (Note: Some entrances/exits to this zone can be under a large Union Jack symbol or Flag.)

   **Title: "British Invasion".** (Other titles: "Cool Britannia", "London Calling", "English Beat", or any other title with reference or inference to Britain, England, its cities, provinces, colonies or territories.

   d. American Zone area containing rides, shows, exhibits, displays, food and merchandise representing the elements from the USA. Icons from USA can include any and all representations of America (i.e. music artists, Route 66 elements, Big City to Rural elements, architecture, state parks, stadiums, gathering places, design styles, locations, logos, symbols,

CONFIDENTIAL

signage, fads, vehicles, sports/games, cultural events, history, lifestyles, people and influences) that are related to in any way to the United States of America. Past, present and future American influenced fashion, food, merchandise, music and entertainment would be featured. (Note: some entrances/exits to this Zone can be under or through a large version of the American Flag.)

> Title: "Born in the USA". (Other titles "American Revolution", "Coming to America", "America Rocks", "Rockin' in the USA", "American Classic" or any other title with reference or inference to the United States of America, Freedom, Liberty, Red – White and Blue, Stars and Stripes, Freedom, etc.)

e. <u>Country Zone</u> area containing rides, shows, exhibits, displays, food and merchandise representing elements of the American South including the South West, Texas, The South East, and the Appalachians. Inspired by the looks, sounds and feels of Southern Rock, Swamp Rock, Country, Country Western, Bluegrass, Rhythm and Blues, New Country, Rockabilly, all forms of Rock and all other forms of music played in the south represented in this area. Architecture and Landscaping would encompass any and all references of the south, from Spanish, French, American Indian and English influenced buildings and landscaping celebrating Deserts, Bayou/Swamps, Beaches, Valleys, Hills, plains, mountains, plantations, fields, etc. The South can include any and all representations of the American South (i.e. music artists, Big City to Rural elements, architecture, state parks, stadiums, gathering places, design styles, locations, logos, symbols, signage, fads, vehicles, sports/games, cultural events, history, lifestyles, people and influences) that are related to in any way to the American South. Past, present and future American South elements to show influences of fashion, food, merchandise, music and entertainment. (Note: Some entrances/exits to this Zone can be through a junk-art arch or pillars, or under a large ranch-like sign.)

> Title: "Cool Country" (Other titles: "Southern Crossroads" or any other title with reference or inference to The South, Dixie, Land of Cotton, the West, Country, etc.

f. <u>Time Period Zone</u> for phase I of project. This time period would represent culture, history, style, fashion, architecture, politics, images, vibes, sensations, design styles and various forms of music (all forms of Rock as well as Funk, Disco, Folk, Rap, Glam, Punk, etc.) popularized in the late 1960's, the entire decade of the 1970's and early 80's.
> Title: "Lost in the 70's".

g. Additional "Zone" Concepts for Future Development (all to include Rides, Shows, Retail, Food, Interactives, Exhibits, Displays, etc.:
>> i. World Rhythms Zone – World Music, Ethnic area
>> ii. School of Rock Zone – Learning to Rock,
>> iii. Rock and Roll Babylon Zone – living the fun life behind the stage and behind the scenes.
>> iv. Time Period Zone's Phases II through VII (Genre based themes including 50's, 60's, 80's, 90's, 2000's and into the 2010's.)

CONFIDENTIAL

v.  *The Land Down Under* Zone (or any Australian/New Zealand
    Themed area)
vi.  *Maximum RPM!* (all things that move and groove – i.e.
    Automobiles, Motorbikes, etc.)
vii.  Indoor and/or Outdoor Waterpark Concept (possible second gate)
    "Hard Rock Beach Club", "Surf City", "Surfin' USA", "Crush", etc.
viii.  Oriental Rock Zone (Northern and Southern Asia influenced Rock)
ix.  *Pop Music* Zone
x.  *Urban* Zone

3.  **Theme Park Elements** (meaning the design and layout of the Park, the mix and
    all other aspects of the Attractions, the exterior and interior designs, layouts,
    concepts, themes, décor and other salient aspects of the Park and its elements,
    and the sales, marketing and promotional programs for the Park.)
    a.  Main Merchandise Store.
        *Title: "All Access Merchandise".*
    b.  Candy Store.
        *Title: "I Want Candy!"* or "Hard Rock Candy", "Sugar Sugar", "Sweet
        Emotion", "Poor Some Sugar on Me" or any other Rock
        Title/Group/Artist inspired name.
    c.  Coffee/Bakery.
        *Title: "Amp'd"* or *"Amp'd – The Coffee Shop"* or "Rush", "Buzz" or
        any alternative title with Coffee, Java or Bean integrated with a rock
        Title/Artist/Group or terminology.
    d.  Bar/Saloon will stage near the exit of the Park to stop people from
        leaving, create a crowd with the use of a live band and is also used as a
        location to view any lagoon show spectacular. Upper VIP deck with a
        view out into the park, an optional oxygen bar component, a guitar
        shaped band stage and a display of guitars, guitar parts and even guitar
        picks floating in a clear tube. Also features a customized motorcycle,
        motorcycle license plates from around the world and guitar memorabilia.
        *Title: "The Whammy Bar"* or "The G String" or any alternative name
        that integrates rock, guitar or music terminology as a name for a
        cocktail/beers devours facility.
    e.  "Multimedia Theater depicting the history of Rock and Roll and/or Hard
        Rock. Theater to include reveal of Memorabilia, multimedia effects and
        displays.
        ~~*Title: "Origins", "Origins—The Hard Rock Story", "Hard Rock*~~
        *Origins"*[1] or "Rock and Roll Origins" or "The Story of Rock" or "The
        Hard Rock Story"[1]
    f.  Boat, walk-thru or tracked ride displaying the origins and history of Rock
        and Roll. Attraction elements include fountain, mist and waterfall effects,
        dioramas with animations, miniatures, scenic elements, tunnels, unique
        landscaping, on board audio and statuaries of Rock legends.
        *Title: "Many Rivers to Cross"* featuring *"The Garden Party"*; a
        sculpture seen depicting deceased Rock Legends posed in a
        'heavenly' party scene.
    g.  Tribute garden to Elvis Presley or other rock legend. Concept to include
        special landscaping, religious icons, Zen-like elements, water-features,
        fish, large statue of Elvis, inscriptions, bench seating.

CONFIDENTIAL

*Title: "The Rock Garden", "Elvis Tribute Garden" or any other reference to Elvis Presley, Graceland, Gardens or Tributes.*

h.  Caribbean Island themed Crafts/Shopping area or carts and kiosks to include Hair wrapping and tattooing, craft making, musical instrument making/playing, apparel making, live entertainment and guest participation.

*Title: "Irie Crafts Bazaar" or "Junkanoo Junction", "The Straw Market" or any Caribbean Island terminology for an indoor/outdoor retail experience.*

i.  Live Show featuring acrobatics, gymnastics, platform diving, springboard diving, skateboarding, roller skating/blading, comedy stunts, jet/water skiing, kite flying, trampoline, motorcycle riding/stunts, pyrotechnics, costumes, music, singing and dance taking place in a sand and/or waterfront setting.

*Title: "Malibu Beach Party" or "Carolina Beach Party", "Barbie's Beach Party" or any other title derived from Beach/Surfing Movies, Boardwalks, Bandstands, beaches, lakes, bays, ponds, pools, rivers or creeks or any other waterfront area populated by swimming and sunbathing visitors.*

j.  Buffeteria-style restaurant/food facility featuring indoor and outdoor seating, a live performance stage, island Theming and island/rock memorabilia.

*Title: "Paradise Island Grill" or "Paradise Grill" or "South Seas Bistro" or any name inspired by the beauty, culture and location of the Caribbean, Polynesia, Africa, South America, Indonesia, California, Baha California, Florida, the Florida Keys or South East Asia.*

k.  Sand play area allowing guests and professionals to build sand sculptures. Also has a workout and outdoor shower area for cast member performers to utilize in front of guests. Photo ops and retail (of photos, sand sculptures, sea shells (that kids sift the sand for), 'Pick a Pearl' concession, beach goodies, etc.).

*Title: "Muscle Beach", "Sheller's Beach" or any title associated with sand, beach, muscle, workout, castle, shell, bay, seashore or ocean.*

l.  Steel Looping Coater, featuring 5-9 inversions, on board audio system (with speaker placements in shoulder harness, seat back and under seat). Also featuring multiple 'controlled environment' loading rooms offering multimedia – including rear-lit or projected side walls depicting a concert scene, audio that continues thru loading 'seamlessly' into the on-board audio system. Loading designed to be a large dirigible or other opaque or translucent covered platform. Also would include multimedia 'tubes' throughout chosen portions of the ride, atomizer misters in the tubes and around the ride's foundations and even forced-perspective scenery to give the illusion of riding in and out of the clouds. Featuring Led Zeppelin for the ride's theme and soundtrack.

*Title: "Led Zeppelin[2] – The Ride", "Stairway to Heaven"[2] or any other title based on Led Zeppelin[2] themes, songs, albums or band members.*

m.  Walk-up 'fast food' restaurant featuring outdoor seating area, regular fare plus some fun "hot" food menu items featuring rock memorabilia and

5

CONFIDENTIAL

décor depicting hell (i.e. "Bat Out Of Hell" album) hot/spicy (i.e. "Red Hot Chili Peppers" and/or "Spice Girls") or dead (i.e. Grateful Dead).

> Title: "The Kitchen Below", "Hell's Kitchen", "Beelzebub's Pub-n-Grub", "Dante's Delights", "Dead Head Dishes", "Red Hot Refectory", "Garcia's Groceries" or any other title referring to Hell, Heaven, Dead, Death, Hot, Heat or any other reference a band, artist or area that has these elements as part of their look, feel and attitude.

n. Retail gift shop themed to look like an old retrofitted military Quonset hut, in a remote island paradise setting. The airbase-turned-biker-operated gift emporium is dressed in fighter squadron and motorcycle parts, art, logos, pin-ups and signage. Hammocks hold plush, military cases display goodies. There's almost a Swiss Family Robinson feel to how the proprietors used existing leftovers and natural materials to make their 'market'. Among the many merchandise offerings are flowered 'Hawaiian' wear like shirts, shorts and bandanas (ala Tommy Bahama), Zed Zeppelin, Queen, Elvis, Janis Joplin, Bob Marley and other 'legends of Rock' merchandise, coaster ride souvenirs, 'canteens' of water, sunglasses, etc.

> Title "Cloud 9 Provisions" or "Hell's Angel's Hangar" or the "Copa-bandana Market" or any other title that elicits images of paradise, biker culture, fighter plane culture, stranded in paradise, retail, supplies, shopping, etc.

o. Entry Gate to the "British Invasion" themed area featuring live, sculpted or animated Grenadier Guards that guests can interact with.

> Title: "Gateway to British Invasion".

p. English Themed Pub with outdoor seating.

> Title: "Queen's Head Pub" or any other name involving bar, cocktails, pub, the Queen or any of the Royal Family.

q. English Themed Walk-up Restaurant with outdoor seating featuring a unique suit of armor that acts as warmer, Fish and Chips and Castle décor as well as photos, renderings, posters or souvenirs of Fish and Chips Shops, the English fishing industry, Freddy Mercury, the band "Queen", the Queen of England, famous actresses who have depicted the queen, past queens, members of Parliament, British Rock Stars and the Royal Family.

> Title: "The Cod Piece Fish-n-Chips" or any other title with a fish's name, English name, etc.

r. 'Round Ride' (industry term for a non-coaster or non-dark ride that is self contained and sometimes moves riders in a circular pattern — but not necessarily, as it can also twist, twirl, toss, bounce, eject, lift, slide, rock, swing, tip, spring, etc. a rider as well) celebrating the English countryside, rural England, British Acid Rock, British Rock Psychedelica, mystic influences, etc. Features audio emitting from the ride, woven wooden 'root' baskets as cars, visual references to Alice In Wonderland, Mushrooms, Fairies, Caterpillars, British Rock and Pop artists, music and groups... and English gardens.

> Title: "Magic Mushroom Garden" or "Enchanted Mushroom Garden", "The Magic Roundabout"[3] or any other reference to the British drug culture, magic, round/spinning, garden, mushrooms, British music, etc.

6

CONFIDENTIAL

s. Hedge Maze, stone maze, bush maze, tree maze, underground (ala bunker) maze, garden maze or fence maze where successful guests, weaving though a garden maze, are lead to an artifact, prop, piece of memorabilia and/or a replica of Stonehenge. Or a Corn Maze where successful guests are lead to an artifact.

    i. *Title: "Stonehenge Hedge Maze"* or any other title with references to Maze, Hedge, Corn, Garden, Labyrinth, Puzzle, Bunker or Path.

t. Photo Opportunity on Wall or Backdrop. Wall and surrounding grounds painted or 'dressed' to depict a famous English location/thoroughfare where Park guests can stand in front of the 'scene' for fun photo op. One scene is to be "Abby Road" as made famous by the Beatle's Album of the same name (where guests can pose walking in the same zebra crossing as The Beatles.) Or, this can be done with other popular British scenes whether or not depicted on a music album/cd/video.

    *Title: "Abby Road Photo Op".*

u. British Rock Star Tribute Area designed to allow a quiet respite from a day at the park. This area would feature a statue, placard or other symbol amidst a garden setting providing a tribute to a music group, individual, producer and/or writer. Area features benches (even swinging benches), foliage and sound system, as well as a display of key lyrics, song titles or quotes associated with the tribute.

    *Title: "Strawberry Fields Park"* or Imagine Park or any other name associated with John Lennon.

v. Double Decker Bus attraction providing a photo opportunity and playing space (on the upper or lower deck) for live entertainment.

    *Title: "London Bus"* or "Big Red London Bus" or "Double Decker".

w. British Car-themed Coaster. Queue and loading area to resemble an automobile factory (but could be designed after a power plant or other English facility). Guests enter their vehicles 'hot off the assembly line' and take them for a test drive. Attraction includes unique lift coaster car mechanism (elevator, Ferris-type wheel, etc.), on board audio playing British Rock and Pop hits, robotic arms (as seen in an auto factory) that are programmed to music, crash test dummies throughout the ride, 'near misses' with crash test dummies and other vehicles and an 'encounter' with the factory carwash.

    *Title: "Maximum RPMI", "Mini Cooper Coaster"* or "Jumpin' Jack Jaguar", "Full Throttle", "Peddle to the Metal" or "Rockin' Roadsters" or any other name that incorporates British vehicles, music, factory, test track, etc.

x. Retail Shop built to resemble the tiled architecture of the famous London Underground rail system. The gift shop sells various forms of merchandise including souvenirs from Great Britain, London, etc.

    *Title: "Underground Souvenirs"* or any other name that incorporates the London Underground, gifts, merchandise, retail, etc.

y. British Medieval themed Carousel featuring armored horses and a renaissance fair-style tent topper. Music emitting from the ride would be medieval folk music orchestrations of British Rock and Pop hits.

    *Title: "All the Kings Horses Carousel"* or any other name that suggests Medieval England, Knights, Horses, Carousel, Humpty Dumpty, English Renaissance, Jousting, Armor, etc.

7

CONFIDENTIAL

z. Children's Play area themed as a Renaissance Festival, English Fair or British kid's playground. Kiddy rides/play elements would include a 'Helter-Skelter' slide, mini Train/Car/Truck/Bus ride and various round rides with titles that parody Rock groups/artists or songs (i.e. a little kid's flying bug ride called "The Beetles" or a submarine ride called "The Yellow Sub")

    *Title:* *"The English Fayre"*, "Helter Skelter", *British Kid-vasion* or any other title that indicates festival, playground, the renaissance, kiddy rides, etc.

aa. A Round Ride featuring vehicles that resemble London Cabs riding, spinning and twisting around Piccadilly Circus or some other roadway or roundabout. Riders may or may not be able to manipulate their vehicle. Vehicle may or may not have illuminating head and tail lights. Sound system emits British Rock and Pop hits that can rise in volume as the ride moves faster.

    *Title:* *"London Cab Ride"* or "London Cabs", "London Taxi" or any other title with references to Cab, Taxi, London, Piccadilly, circus, square, roundabout, etc.

bb. Buffeteria-style restaurant/food facility featuring indoor and outdoor seating, a live performance stage or balcony, 'London in the 60's' Theming and British Rock memorabilia. Facility features a dance floor and interactive video system along with animated lighting effects... with a menu that features regular Park fare along with some traditional English food offerings (i.e. Bangers 'n' Mash, Fish 'n' Chips, Shepard's Pie, etc.)

    *Title:* *"Carnaby Street Café"* or "The Electric Pussycat Café" or some other title that represents "Swinging London" of the 60's, Carnaby Street, Austin Powers movies, retro Mod design, retro Groovy attitude, etc.

cc. Inflatable Bounce House/Room/Area/Place allowing guests young and old to bounce, climb, slide and crawl on, over and through inflatable elements themed around Punk Rock music, fashion and culture. Large inflatable spiked collars, chains, pierced body parts can be played on in an environment that is decorated with Punk signage, memorabilia, etc. Punk music plays throughout. Also features lighting and sound effects. Play area may or may not be a maze element with a beginning and end... also may be separate areas for different age groups.

    *Title:* *"The Punk Pit"* or any other title that represents bouncing, punk culture, moshing, jumping, hopping, dancing, etc.

dd. Dark Ride (meaning an interior ride through sets, animations and/or special effects) featuring a popular British Rock or Pop band or artist. The cars (or "trains") of the dark ride can be themed (or not) to look like a comfortable couch, colorful pill or fanciful vehicle. The dark ride car has a rotating base, on board audio and on board effects. Scenes in the ride would feature black light, smoke, shadow, video, audio, animated, lighting, show-action, scenic and robotic effects. Black light elements can be viewed through chromatic 3D glasses that affect the ride's vivid colors.

    *Title:* *"Nights in White Satin — Moody Blues"* or "Dark Side of the Moon — Pink Floyd" or "Magical Mystery Tour — The Beatles" or any other title indicating a British Rock band or artist, psychedelic rock culture, darkness, fantasy, symbolism, etc.

CONFIDENTIAL

ee. Retail gift shop inspired by retailers along London's King's Road or Oxford Street, etc., heavily influenced by 1970s pop culture. Here, it is easy to find smiley faces, pet rocks, mood rings, Peter Max posters and the like.

    Title: "King's Road Boutique".

ff. An Arcade celebrating Rock Music, its stars and its culture that features video, dance, pinball, shooting, etc. arcade games. Some games are retro (ala an Elton John or The Who pinball games) or of the latest trend. The Arcade can also have games of chance, skill, photo booths, vending machines and anything else to create a vibrant, fun game space.

    Title: "Pinball Wizard Arcade".

gg. Bumper Car Ride attraction where half of the cars are themed Punk Rock and half of the cars are themed Disco where riders 'bump' and 'slam' each other to Punk and Disco music. (Glam-rock fans will have to choose for themselves which car to ride.) Features sound system, mirror ball, spiked mirror ball, guard rails that can double as beverage countertops.

    Title: "Bump-n-Slam"

hh. Full Service Sit-down Restaurant themed in a late 60's, early 70's antiwar, naturally 'bitchin' love-in decor. A converted church, this environment of ferns in crocheted baskets, peace signs, drip candles, incense, op-art, felt tapestries, folk art, folk rock music and memorabilia has a House of Blues feel with a hippie commune bent to it. The menu features, among other things, "comfort food" like meatloaf, mashed potatoes with gravy, corn on the cob, chicken pot pie, glazed ham, etc. The bar features an artistic display of South Carolina's mini-bottles and features an aquarium behind the bar where black Angel fish, against a white background with black lines, looks like moving music notes on a page. Although inspired by the peace activists of the late 60's and early 70's, the restaurant features music and videos from folk artists of yesterday all the way up to today.

    Title: "Alice's Restaurant" [4] (Arlo Guthrie's album, song and movie) or "Peace Meal" or any other name inspired by folk rock songs, artists or albums, hippie culture, antiwar culture, communes, peace activists, sandals, love beads, head bands, moccasins, muumuus, lack of bras, flower children, drug culture, etc.

II. Stunt Show featuring acrobatics, stunts, comedy antics, web, slide-for-life, wire flying, high falls, pratfalls, pyrotechnics, breakaway sets, etc. where the stunt performers are Rock and Roll Roadies (the guys and gals who set up and teardown stages for Rock bands). The setting is a Rock stage with trussing, lighting, speaker stacks, etc. In the spirit of western, superhero and movie-based stunt shows, this show has all the same kind of action, set in the world of the Roadie. Show highlights include, collapsing drum set, collapsing speaker stack, tearing sign, splashing porta-potty craned over the audience's head, high fall into costume crate, t-shirt toss, stage truss erection routine, triple-tram trampoline, speed tramp, illusions, "the human mirror ball", Velcro wall gag and pyrotechnic finale to name a few. (Note, the façade of the stadium could look like a cityscape, a baseball stadium, a Tudor (Old Globe) style amphitheater or just a concert stage or any other look that compliments the Zone it is located in.)

    Title: Roadies Stunt Show.

CONFIDENTIAL

jj. Foam Ball Play Area themed as a Garage (either a home garage or a commercial garage) looking as if it is used as a rehearsal space for an up-and-coming Garage Band. This multilevel play area for ages 4-up also offers a toddler area for the 1-3 year olds. On the ground floor there is a comfy foam couch to bounce on and soft sculpture guitars, amps and speakers to play with. All over the place there re foam balls (that maybe look like tennis balls, racket balls, baseballs, golf balls [even though they're all about the same size] are sucked up with the Garage's vacuum cleaners and into hanging speaker boxes that occasionally dump the balls back onto the floor. Kids can also shoot the balls out of (air powered) converted muffler pipes, saxophones (and the like) at garage item targets (hanging bikes, hubcaps, sports equipment, etc. as well as posters and 2D cutouts of boy bands, pop divas (ala Brittany Spears) and other bubblegum/top-of-the-pop bands and artists. The hottest hits of today's pop/dance scene rock the Garage. Also, on the front of the Garage are enlarged CD/DVD/Album covers of current best-selling groups – to be changed out at least annually.
   *Title: Garage Jam!*

kk. Midway Games themed to all music that is Funky and full of soul. This lively Midway celebrates the urban rhythms of R&B, Rap, Hip Hop and Funk from the 70's to today in 'solid gold' style. Incorporates all types of pitch, toss, hit and shoot type games seen yesterday and today at Fairs, Expos and Amusement Parks.
   *Title: FunkyTown Midway* or any name relating to Funk, Midway, Alley, Games, Test Your Strength, R&B, Rap, Hip Hop, Shaft, Dianna Ross, Motown, etc.

ll. Concert and Show facility designed to provide seating for daytime shows (around a thousand people) and standing room (for over 10 thousand people) for special event concerts. This special stage would offer a daytime show where tribute artists and comedians would parody pop culture (rock, movies, music, political, etc.) icons/celebrities in a musical comedy live show. Then for special events, the Show Stage can accommodate touring acts of all sizes - everything from a single performer to a superstar mega band. The stage should be able to accommodate easy set up and strike, additional speaker stacks and additional lighting/trusses, audio/video production trucks and trailers as well as accommodate live remote feeds for radio and television for on air specials. Additionally, a merchandise or food kiosk also acts as a projection house and/or platform for follow-spot operators and as a base for replica of The Statue of Liberty holding up a Zippo lighter in one hand and a guitar in the other.
   *Title of Stage: "Hard Rock Live"* or can also be named to a sponsor (i.e. "The Miller Lite Stage" or "The Diet Coke Stage")
   *Title of Daytime Show: "Wayne's World Live"*, "Dwain's World Live" or "Joe and Moe's Tribute Show" or any title that supports a musical comedy tribute-act show.

mm.    Fast Food walk-up eatery with outdoor seating and possible top deck themed to look like a painted beach shack (ala shake shacks) or themed to look like a giant Hamburger or Hotdog, Drink and Fries (ala Route 66). Menu could include Hotdogs, Hamburgers, Pizza, Pasta, French Fries, Sodas Beers and the like.

CONFIDENTIAL

       *Title: The Love Shack,* Love Shack Snacks, Love Shack Bistro or Dogs 'n' Brews, Dogs 'n' Brewskis, Dogs 'n' Suds.

nn. Buffeteria-style restaurant/food facility featuring indoor and outdoor seating themed to look like a classic 50's roadside diner (ala the diner in "American Graffiti: neon, stainless steel, glass block, black and white tile, counters, booths, barstools, etc.) On display would be memorabilia, vinyl records, diner clocks a large Rockola Jukebox, etc. This diner features 'car-tables'; classic car props 'parked' out front that guests can actually sit in and dine. One car could be used as a stage for a 50's/60's doo-wop group (or similar). Menu features traditional diner fare.

       *Title: Eat Me Diner,* Bite Me Diner, Jukebox Diner, Route 66 Diner, American Pie Diner or any other name that references Diner, America, Graffiti, USA, Route 66, etc.

oo. Wet and Splashy Coaster. This coaster is a sit down or hanging coaster that allows guests to ride through sprits, sprays and splashes of water while dumping and/or spraying water on people down below. Expressly contemporary, the queue line features music videos from today's hot music artists/groups and/or montages of great wipeouts (surfing, windsurfing, waterskiing, skateboarding, snowboarding, etc.) The queue line would also feature water play elements and water guns/hoses to shoot at riders as they pass by.

       *Title: "Slippery When Wet"* or any other title that reflects wetness, water, coaster riding, slipperiness, splashing, contemporary music, etc.

pp. Retail Gift Shop themed to look like a converted gas station, reminiscent of gas stations across the US (particularly in beach an mountain resorts) that provide souvenirs, snacks, lotions, etc. This cool shop celebrates athletic 'boarding' of all kinds: surfboarding, snowboarding, windsurfing, skateboarding, skydive-boarding, wakeboarding, etc. There is a display of all the kinds of boards, mixed in with some of the remnants of the gas station: signage, tool boxes, tires, car lifts, oil cans, etc. Everything's for sale, including t-shirts, beach towels, Puka shell necklaces, etc., even the fish that are on display in a makeshift aquarium made out of an old glass gas pump (are those Guitarfish and Drumfish?)

       *Title:" MainStreet Gas & Gifts"* or any other name inspired from a gas station, the beach, the mountains, Route 66, converted gas stations, etc.

qq. State Park/nature trail-type themed kid's play area using tactile elements such as net climbs, swings, crawl through areas, rope bridges, bungee jumping, rock climbing, water play elements (including water-shooters to spray people on the "Slippery When Wet" ride), jungle gyms, etc. This Play Park would also include animal handlers (offering kids controlled petting opportunities) conservation messages and displays of Rock Stars that have been drawn to the great outdoors. The Play Park would have a toddler's area, a kid's area and a teen's area. Additionally, the Play Park could feature live performances (i.e. BMX biker demo, Bungee Demo, Tight Rope Walking, etc.

       *Title: "Kids Rock! State Park".*

rr. USA Rock Star Tribute Area designed to allow a quiet respite from a day at the park. This area would feature a statue, placard or other symbol amidst a garden setting providing a tribute to a music group, individual,

CONFIDENTIAL

producer and/or writer.  Area features benches (even swinging benches), foliage and sound system, as well as a display of key lyrics, song titles or quotes associated with the tribute.

*Title: "Holly Park"* or any other name associated with Buddy Holly.

ss. Kid's 'first right of passage' coaster themed to look like a white-washed or wooden coaster that would be seen on a seaside pier. This concept would feature photo capture – like with the larger coasters – featuring a child's first roller coaster ride. Music of The Ventures, The Beach Boys and other beach-fun bands plays in the queue.

*Title: "Shake Rattle 'n' Rollercoaster"* or any other name associated with Piers, Palisades Park, Kids, one-hit wonders, the boardwalk, etc.

tt. Junk Art Sculpture Garden featuring welded, riveted, nailed, screwed, painted, etc. Junk Art (ala Cadillac Ranch) were everyday items (cars, dishwashers, farm equipment, etc.) are formed into unique art displays. Some of the displays can be 'kinetic' where guests can interact with them or they can light up, make noises, etc. Some of the displays to be inspired by Heavy Metal music/artists/groups.

*Title "Heavy Metal Graveyard".*

uu. Guitar Icon. This Park's "Cinderella Castle" to be seen from many parts of the Park which provides a photo opportunity, Park locator and symbol of the Park. The 40-60 foot tall icon to look like a National Steel Dobro Guitar or an electric acoustic guitar. The base of the Guitar Icon to house an interactive display of Rock Guitars.

*Title: "The Guitar"* (Base Display Title: "The Guitar Den")

vv. Rollercoaster themed to look like an abandoned mine and/or ghost town influenced by biker culture, southern rock music and the associated imagery (i.e. motorcycles, rusted out 'abandoned' equipment, big belt buckles, snakes, spiders, cow skulls, tombstones, etc.) The ride has two 'climbs', the first goes through a shaft filled with spider webs, shadows of snakes and rats, billowing sheets, teetering stacks of crates and barrels, etc. The second climb has rusty, but 'dangerously' sharp farming equipment (hoeing blades, pitchforks, knives, etc. swinging back and forth over the riders' heads, smoke, light and special effects. The coaster 'trains' look like a cross between a Harley and a belt buckle with things like skulls, piping, carvings, etc. On board audio plays music from Southern Rock groups (i.e. Molly Hatchet, Allman Brothers Band, ZZ Top, The Eagles, etc.). The Ride also features 'blowing' tumbleweeds, oil rig that sprays the riders, signage like "Bad to the Bone Pop. 0" and tombstones with inscriptions like "Milked a Cow, Really a Bull, Milk Can's Empty, Grave is Full" or "I told 'em I was Sick". Preshow features memorabilia encased is tanks holding poisonous snakes and spiders, Old Bottles that illuminate when buttons are pushed, tubes where one person in line can talk to another person further down the line, etc.

*Title: "Midnight Rider"* or any other name derived from a Southern Rock group, song title or artist, motorcycle culture, ghost towns, mines, ghosts, skeletons, etc.

ww.    Retail Gift Shop themed to look like a general store and/or antique and/or curios shop and/or Trading Post. The eclectic mix of items (from medieval armor to samurai swords to toads bottled in paraldehyde, gives the shopping experience an edgy Southern Rock-feel. Among the

CONFIDENTIAL

many items that can be sold, the shop can feature leather goods (with an artisan doing the work), metal work, polished stones (lapidary goods), rubber snakes, shrunken heads, etc.

> Title: "CC Trading Co." or "Cool Country General Store" or "Cool Curios", etc.

xx. Indoor 'legitimate' Theater with line sets, fly loft, controlled lighting, etc. featuring a live performance stage (for music, dance, ice skating, acrobatics, animals, magic, etc.) and designed to accommodate a 3D/4D movie, multimedia, special meetings, etc. The theater design inspired by old Ice Houses or Factories found in the American South, West and Midwest. The exterior features a sluice run which leads to a Wheel House. Lobby contains actual dripping Ice Sculpture.

> Title: Ice House Theater or reserved for Sponsor's name
> Ice Show Title: "Country on the Rocks!" (New Country/Rock Figure Skating Review)

yy. "Heckle House" (industry term for inanimate object or puppet that comically berates people in the crowd for fun entertainment purposes.) This Heckle device is a fiberglass cow that talks to the audience (via a live-voice performer off 'stage' on a speaker in the Cow's mouth), squirts 'milk' through it's udders, blows air and water out of its nostrils and 'udderly' harasses the crowd.

> Title: "The Heckle Cow"

zz. Chain Swing Round Ride made to resemble front porch swings found on a Southern Mansion. Possible water fountains can pop up as the swingers go through the streams of water.

> Title: "Just-a-Swingin'"

aaa. .    Outdoor Barbeque restaurant/food facility featuring outdoor seating. This large food venue serves up Southern Style barbeque to a Rockabilly theme. One feature of the facility is an fun interactive moonshine still prop guests can find "round back".

> Title: "Roadhouse Rockabilly BBQ"

bbb.    Walk-up Fast-food Restaurant with outdoor seating featuring those famous Turkey Legs, perhaps a Churro or two, Nachos, Cerveza and other food and drink fare. The facility features a large waterwheel, a rocking chair porch that looks out onto the Lagoon and décor that celebrates Latino/Hispanic Rockers.

> Title: "The Wheelhouse Canteen"

ccc.    Truck themed Round Ride featuring trucks that appear to be in a 'muddin' race. Tires on the vehicles are caked with mud, the ground under the vehicles appears to be mud with big tire impressions, even some of the cars spray mud (water) from their tires! A side-show portion of the attraction is a remote control Monster Trucks miniatures game that guests can enjoy (for a few quarters.)

> Title: "Muddin' Monster Race" or any other title referring to trucks, racing, mudding, monster trucks, tractor pulls, etc.
> Pre-show Game Title: R.C. Road Rally or any other name referring to remote control trucks, cars, vehicles, etc.

ddd.    Picnic Games Area and Picnic Stage featuring a live performance stage and hands-on games one would play at a picnic (i.e. Horseshoes, giant size chess or checkers, tire swings, monkey bars, crochet, slides,

CONFIDENTIAL

fishin' hole, wishing well, etc. Also features a tribute area/statue/marker for a Rock and Roll artist/group that was influential in Country Rock.

> *Area Title: "Pastime Park - Outdoor Games"*
>
> *Stage Title: "Pastime Stage" or sponsor name.*
>
> *Tribute Area Title: "Only The Lonely" Roy Orbison Tribute Garden*

eee.    Lagoon Show Spectacular. Daytime and/or evening spectacular on the Lagoon that features one or more of the following: Waterskiing, personal watercraft (JetSki-like), kites, daytime colored smoke pyrotechnics, show fountains, waterscreen, laser, flame effects, smoke effects, etc. choreographed to Rock music played through a sound system located around the perimeter of the lagoon.

> *Daytime Show Title "True Colors"*
>
> *Nighttime Show Title "Queen's 'Bohemian Rhapsody"[5]*

fff. Live Shows/Acts/Performers – the concept of having live "putty" entertainment throughout the streets of the Park to fill in the theme park experience with unique, memorable experiences:

    i.   Costume characters (i.e. The Banana Splits[6])

    ii.   Musicians

    iii.  Specialty performers (jugglers, acrobats, contortionists, magicians, stilt walkers, look-alikes, tribute artists, flame dancers, fortune tellers, mimes, etc.

    iv.  Artisans (chalk artists, hair wrappers, basket weavers, instrument makers, painters, tie-dye makers, craft makers, tattoo artists, character sketch artists, spray can artists, graffiti artists, candle makers, etc.) Note: many of these can have an element of audience participation.

ggg.    Additional Phase Concepts:

    i.   South Beach (Florida nightlife/party/festival themed attraction)

    ii.   Soho (British or American nightlife/party/festival themed attraction)

    iii.  Any Song Title, IP, Dance Title or Lyric inspired Themed Rides (examples below)

- *Wipeout!* – Log Flume or Shoot-the-Chute Splashdown Water Ride
- *Marrakech Express* – Train Ride or Coaster
- *Free Bird* – Flying Coaster
- *Bat Out Of Hell* – Ejection Coaster
- *Rollercoaster of Love* - Coaster
- *Little Red Corvette* – Car Ride or Round Ride
- *Mustang Sally* – Tracked Car Ride
- *Twist and Shout!* – Round Ride
- *Welcome to the Jungle* – Water Raft Ride
- *Steel Wheels* – Coaster
- *Banana Splits-ville[6]* – Kiddy Ride and Show Attractions area
- *Lollapalooza* – Parade
- *Lords of Woodstock* – Live Show
- *Wayne's World Live or Dwain's World Live* (Tribute/Comedy) Show
- *Rocky Horror* – Live Show

14

CONFIDENTIAL

- *"Rocky Horror on Ice"* or *"Rocky Horror Live"* – live show themed around the *Rocky Horror Picture Show* cult classic movie
- *Dark Side of the Moon* – dark ride
- *ZZ Top 4D* – or *ZZ Top 'Triple D'* 3D Movie
- *Blinded by the Light* – Lagoon Show Spectacular
- *Whip It!* – Round Ride
- *Good Vibrations* – Track or Water Ride
- *The Bump* – Water or Land Bumper ride
- *Magical (or Musical) Mystery Tour* – Dark Ride
- *I Shot the Sheriff* – Interactive Shooting Ride
- *Hit Me With Your Best Shot* – Interactive Shooting Gallery/Ride
- *Rhythm Nations* – Musical Review
- *Slip Slidin' Away* – Giant Slide
- *Come Sail Away* – Swinging Ship Ride
- *Revolution # 9* – Indoor Round Ride
- *Ego Trip* – Indoor dark ride where your likeness, image and voice are all the show!
- *Love Shack* or *Love Shack Isle* or *Love Shack on the Island of Adventure* – Food and Beverage kiosk, restaurant, cart
- *Dogs & Brews* – Hot Dog Cart or Kiosk
- *Marooned* or *Mirage* or *Desert Isle* or the like – snack/beverage "shack" cart or kiosk

4. **"Discoveries"**

  a. The Discoveries concept involves providing visual, audible and tactile encounters throughout the park – some passive, some highly interactive. Many of these come as surprises... others are sought out... all are entertaining:

    i. Anamorphic Table (abstract artwork reflected in a cylinder to create an image)
    ii. Guitar & the Stone (try to pull it out – kids can... adults can't)
    iii. Guitar-Shaped Sculpture Fountain (pluck the water-strings and actually hear the instrument play)
    iv. Be your own DJ or VJ
    v. Body Music (your body projected in psychedelic splendor, move and make the image move)
    vi. Brass Bosom Gag (touch the mermaid's chest and it squids or alarms go off ) also can be a pissing fountain
    vii. Waterdrops on Drums (programmed)
    viii. Musical Ball Machine (kinetic machine sends balls on ramps and tracks where the balls bounce, hit, chime and strum acoustic and percussive instruments) features rain sticks, cow bells, bell trees, wood blocks, drums, cymbals, etc.
    ix. Smart Guitar (technology provides the cords, you provide the rhythm and you can play like a rock star)
    x. Memorabilia Sensors (touch sensitive icons provide audio information about props or memorabilia)
    xi. Video Delay Mirror (this strange mirror is not really a mirror at all – but actually a delayed video playback of you!)

CONFIDENTIAL

    xii. Whisper Pipes (classic kid's museum item)
    xiii. Photomosaic (picture made up of little pictures)
    xiv. Kiss Gag (stick you tongue out like Gene Simmons into a mirror which is actually see-through glass or a video camera for all to see)
    xv. Forced Perspective 'tilting', shrinking queue line or set
    xvi. Optical art gags
    xvii. Be-a-Star Microphone (sound like you're in a stadium full of screaming fans)
    xviii. Phantom Images (portions of stucco wall surfaces, when lit from a point-source of light, display the shadowed images of famous rock stars, rock symbols, etc.
    xix. Interactive Car (car on display that lights up, plays music, sounds horn, etc. when interacted with) sample: ZZ Top's '34 Ford.
    xx. Vibrating Motorcycle Photo Op. (hop on and get your picture taken -- twist the accelerator and the seat vibrates!)
    xxi. Musical Flushing Toilet
    xxii. Mr. Spaceman (replica of MTV Spaceman or 60's Space Suit where your face is projected inside the helmet)
    xxiii. Studio Display (play with lots of knobs to effect music/sound)
    xxiv. Water Discoveries (museum water-play elements)
    xxv. Interactive Memorabilia (moves, makes noise, lights)

5. **Pre-show Concepts**
    a. Binaural Theater -- headsets to hear "3 Dimensional Sound"
    b. Karaoke Queue Line
    c. Mirrors on the Ceiling Queue Line
    d. Music Videos
    e. Strolling Musicians, Entertainers
    f. Cakewalk Queue Line (if you're standing on the right dot/number you win)
    g. Bubbles in the Queue

6. **Special Event (including Parade) Concepts**
    a. Halloween Rock'toberfest (Parade of the Dead)
    b. "Rock'toberfest" Oktoberfest Celebration
    c. "Rocky Horror Halloween"[7] or "Rocky Horror Nights"[7] Halloween Special Event
    d. Bike Week (Bike Parade)
    e. Mardi Gras or "Party Gras" (Carnival-type Parade Floats and Bead Tossing)
    f. Spring Break Festival (Rocker's Gone Wild! Parade)
    g. Christmas Rock'tacular (Jingle Bell Rock Parade)
    h. Rock the Planet - Christian Concert Series
    i. Rock Star! Battle of the Bands

7. **Memorabilia Display approach**
    a. Above and beyond the regular Memorabilia one would see at a Hard Rock Cafe or Hotel, the Park would display much bigger items from concert tours, etc. (i.e. AC/DC's cannons, Jimmy Buffett's Sea Plane, giant UFO from ELO, etc.)

16

CONFIDENTIAL

    b. In addition, artists, producers and groups could be featured in a temporary 'traveling' display that visits the Park of a limited period of time (i.e. John Kalodner's memorabilia, Beatle's touring memorabilia, etc.)

    c. A 'green room' can be opened or even a sponsor like Coca Cola could provide a "Red Room" that displays memorabilia, offers online interaction and headphones for downloading and enjoying music selections.

8. Another Park Concept (i.e. Texas) – Conceptual plan that takes into account accommodating day trippers and has the intended infrastructure planned to cater to business groups, conventions and large meetings... a new concept priority for theme park design

9. Future Parks Concept – Conceptual plan to roll-out Hard Rock Parks and/or Rock and Roll Theme Parks around the world.

*1 *Hard Rock, Hard Rock Live, Save the Planet* and *All Is One* are acknowledged as trademarks of Hard Rock Cafe International, Inc.

*2 *Led Zeppelin* and "*Stairway to Heaven*" are trademarks of Jimmy Page, Robert Plant, John Paul Jones and the Bonham estate, its assigns, etc.

*3 *The Magic Roundabout* is copyrighted by Pathe Films, its assigns, etc.

*4 "Bohemian Rhapsody" is a copyrighted song owned by Queen, its assigns, etc.

*5 "Alice's Restaurant" is a copyrighted album, movie and song owned by Arlo Guthrie, his assigns, etc.

*6 *The Banana Splits* are copyrighted by Time Warner, its assigns, etc.

*7 Rocky Horror Picture Show is copyrighted by Fox, Criterion Pictures their assigns, etc.

(Note: all *tributes* do not necessarily require agreements with entities)

## EXHIBIT B

### CREATIVE CONTENT ROYALTY

| EBITDA as Adjusted Range | | Creative Content Royalty (% of Gross Revenues) |
|---|---|---|
| 0 | 50,999,999 | 0.00% |
| 51,000,000 | 51,999,999 | 1.00% |
| 52,000,000 | 52,999,999 | 1.00% |
| 53,000,000 | 53,999,999 | 1.00% |
| 54,000,000 | 54,999,999 | 1.00% |
| 55,000,000 | 55,999,999 | 1.00% |
| 56,000,000 | 56,999,999 | 1.10% |
| 57,000,000 | 57,999,999 | 1.20% |
| 58,000,000 | 58,999,999 | 1.30% |
| 59,000,000 | 59,999,999 | 1.40% |
| 60,000,000 | and above | 1.50% |