HRP Myrtle Beach Operations, LLC
Hard Rock Park / Intangible Assets
Trademark Detail
For the Period Ended September 30, 2008

| 173000 | | TRADEMARKS | Total | Means | Loeb & Loeb | Application Fees | Monthly Services |
|---|---|---|---|---|---|---|---|
| | 12/31/05 | Balance forward | $56,998.05 | $56,998.05 | $0.00 | | 30,786.00 |
| | 02/28/06 | Trademark Application Fees | 23,750.00 | 23,750.00 | 0.00 | 23,750.00 | |
| | 03/31/06 | Reclass from Legal Other ('05 Cost) | 3,632.00 | 3,632.00 | 0.00 | | |
| | 03/31/06 | Reclass to Prepaid Legal | (10,000.00) | (10,000.00) | 0.00 | | |
| | 03/31/06 | January '06 Services | 1,376.20 | 1,376.20 | 0.00 | | 1,376.20 |
| | 03/31/06 | November '05 Services | 1,125.00 | 1,125.00 | 0.00 | | 1,125.00 |
| | 03/31/06 | Balance March 31, 2006 | 76,881.25 | 76,881.25 | 0.00 | 23,750.00 | 33,287.20 |
| | 05/31/06 | Queens Head Pub | 832.50 | 832.50 | 0.00 | | |
| | 05/31/06 | Bump & Slam | 16.65 | 16.65 | 0.00 | | |
| | 06/30/06 | Queens Head Pub | 102.00 | 102.00 | 0.00 | | |
| | 01/00/00 | Balance June 30, 2006 | 77,832.40 | 77,832.40 | 0.00 | 23,750.00 | 33,287.20 |
| | 07/31/06 | Various trademarks | 756.85 | 756.85 | 0.00 | | |
| | 07/31/06 | Rock & Roll Heaven | 348.50 | 348.50 | 0.00 | | |
| | 07/31/06 | British Invasion | 19.00 | 19.00 | 0.00 | | |
| | 07/31/06 | Malibu Beach Party | 197.00 | 197.00 | 0.00 | | |
| | 07/31/06 | The Whammy Bar | 96.50 | 96.50 | 0.00 | | |
| | 07/31/06 | Lost in the 70's | 19.00 | 19.00 | 0.00 | | |
| | 07/31/06 | Born in th USA | 49.75 | 49.75 | 0.00 | | |
| | 07/31/06 | Pinball Wizard Arcade | 47.50 | 47.50 | 0.00 | | |
| | 07/31/06 | Karoke Queue Line | 47.50 | 47.50 | 0.00 | | |
| | 07/31/06 | Maximum RPM | 19.00 | 19.00 | 0.00 | | |
| | 07/31/06 | Easy Rider | 1,250.00 | 1,250.00 | 0.00 | | |
| | 07/31/06 | Love Shack Snacks | 1,375.00 | 1,375.00 | 0.00 | | |
| | 07/31/06 | Mount Rockmore | 2,625.00 | 2,625.00 | 0.00 | | |
| | 07/31/06 | Alice's Restaurant | 5,315.41 | 0.00 | 5,315.41 | | |
| | 07/31/06 | July Services | 1,520.00 | 1,520.00 | 0.00 | | 1,520.00 |
| | 07/31/06 | Garage Jam | 19.00 | 19.00 | 0.00 | | |
| | 07/31/06 | Dogs N Brews | 47.50 | 47.50 | 0.00 | | |
| | 07/31/06 | Main Street Gas and Gifts | 95.00 | 95.00 | 0.00 | | |
| | 07/31/06 | Reggae River Falls | 57.00 | 57.00 | 0.00 | | |
| | 07/31/06 | The Wheelhouse Canteen | 28.50 | 28.50 | 0.00 | | |
| | 07/31/06 | June Services | 2,135.85 | 2,135.85 | 0.00 | | 2,135.85 |
| | 07/31/06 | Roadhouse Rockabilly BBQ | 209.00 | 209.00 | 0.00 | | |
| | 07/31/06 | Easy Rider Motorcycle | 19.00 | 19.00 | 0.00 | | |
| | 07/31/06 | Ride the Music | 1,000.00 | 1,000.00 | 0.00 | | |
| | 07/31/06 | Roadies Stunt Show | 47.50 | 47.50 | 0.00 | | |
| | 07/31/06 | Rock & Roll Heaven | 348.50 | 348.50 | 0.00 | | |
| | 07/31/06 | British Invasion | 19.00 | 19.00 | 0.00 | | |
| | 07/31/06 | Born in th USA | 47.50 | 47.50 | 0.00 | | |
| | 07/31/06 | Lost in the 70's | 19.00 | 19.00 | 0.00 | | |
| | 07/31/06 | Malibu Beach Party | 63.50 | 63.50 | 0.00 | | |
| | 07/31/06 | Carnaby St. Café | 218.50 | 218.50 | 0.00 | | |
| | 07/31/06 | Pinball Wizard Arcade | 114.00 | 114.00 | 0.00 | | |
| | 07/31/06 | Kids Rock State Park | 28.65 | 28.65 | 0.00 | | |
| | 07/31/06 | CC Trading Co. | 28.50 | 28.50 | 0.00 | | |
| | 07/31/06 | Karoke Queue Line | 47.50 | 47.50 | 0.00 | | |
| | 07/31/06 | Paradise Island Grill | 73.00 | 73.00 | 0.00 | | |
| | 07/31/06 | Maximum RPM | 95.00 | 95.00 | 0.00 | | |
| | 07/31/06 | The Cod Piece Fish N Chips | 28.50 | 28.50 | 0.00 | | |
| | 07/31/06 | The Kitchen Below | 19.00 | 19.00 | 0.00 | | |
| | 07/31/06 | Eat Me Diner | 66.50 | 66.50 | 0.00 | | |
| | 07/31/06 | Bump & Slam | 47.50 | 47.50 | 0.00 | | |
| | 07/31/06 | July Services | 2,324.50 | 0.00 | 2,324.50 | | 2,324.50 |
| | 08/31/06 | Roadhouse Rockability BBQ | 875.00 | 875.00 | 0.00 | | |
| | 08/31/06 | Bump & Slam | 100.00 | 100.00 | 0.00 | | |


EXHIBIT 6

HRP Myrtle Beach Operations, LLC
Hard Rock Park / Intangible Assets
Trademark Detail
For the Period Ended September 30, 2008

| 173000 | TRADEMARKS | Total | Morans | Loeb & Loeb | Application Fees | Monthly Services |
|---|---|---|---|---|---|---|
| 08/31/06 | Garage Jam | 100.00 | 100.00 | 0.00 | | |
| 08/31/06 | Carnaby St. Café | 100.00 | 100.00 | 0.00 | | |
| 08/31/06 | Maximum RPM | 100.00 | 100.00 | 0.00 | | |
| 08/31/06 | Pinball Wizard Arcade | 100.00 | 100.00 | 0.00 | | |
| 08/31/06 | Reggae River Falls | 100.00 | 100.00 | 0.00 | | |
| 08/31/06 | The Whammy Bar | 200.00 | 200.00 | 0.00 | | |
| 09/30/06 | Elan AC June/July Services | 1,825.00 | 1,625.00 | 0.00 | | 1,625.00 |
| 09/30/06 | Various Trademarks | 4,079.05 | 4,079.05 | 0.00 | | |
| 09/30/06 | Born in the USA | 47.50 | 47.50 | 0.00 | | |
| 09/30/06 | The Whammy Bar | 19.00 | 19.00 | 0.00 | | |
| 09/30/06 | Carnaby St. Café | 450.20 | 450.20 | 0.00 | | |
| 09/30/06 | Pinball Wizard Arcade | 28.50 | 28.50 | 0.00 | | |
| 09/30/06 | CC Trading Co. | 19.00 | 19.00 | 0.00 | | |
| 09/30/06 | Roadhouse Rockabilly BBQ | 30.90 | 30.90 | 0.00 | | |
| 09/30/06 | Paradise Island Grill | 1,062.00 | 1,062.00 | 0.00 | | |
| 09/30/06 | Maximum RPM | 28.50 | 28.50 | 0.00 | | |
| 09/30/06 | I Want Candy | 19.00 | 19.00 | 0.00 | | |
| 09/30/06 | The Cod Piece Fish N Chips | 19.00 | 19.00 | 0.00 | | |
| 09/30/06 | The Punk Pit | 19.00 | 19.00 | 0.00 | | |
| 09/30/06 | Eat Me Diner | 28.50 | 28.50 | 0.00 | | |
| 09/30/06 | Bump & Slam | 95.00 | 95.00 | 0.00 | | |
| 09/30/06 | Garage Jam | 104.50 | 104.50 | 0.00 | | |
| 09/30/06 | Reggae River Falls | 28.50 | 28.50 | 0.00 | | |
| 09/30/06 | Love Shack Snacks | 85.50 | 85.50 | 0.00 | | |
| 09/30/06 | Mount Rockmore | 66.50 | 66.50 | 0.00 | | |
| 09/30/06 | Ride the Music | 1,250.00 | 1,250.00 | 0.00 | | |
| 09/30/06 | One Hit Wonderland | 1,000.00 | 1,000.00 | 0.00 | | |
| 09/30/06 | London Cab Ride | 1,180.00 | 0.00 | 1,180.00 | | 1,180.00 |
| 09/30/06 | August Services | 1,011.40 | 1,011.40 | 0.00 | | |
| 09/30/06 | Various Trademarks | 81.85 | 81.85 | 0.00 | | |
| 09/30/06 | Carnaby St. Café | 19.00 | 19.00 | 0.00 | | |
| 09/30/06 | Queens Head Pub | 9.50 | 9.50 | 0.00 | | |
| 09/30/06 | Roadhouse Rockabilly BBQ | 19.00 | 19.00 | 0.00 | | |
| 09/30/06 | Eat Me Diner | 47.50 | 47.50 | 0.00 | | |
| 09/30/06 | Main St. Gas/Gifts | 47.50 | 47.50 | 0.00 | | |
| 09/30/06 | Love Shack Snacks | 19.00 | 19.00 | 0.00 | | |
| 09/30/06 | Mount Rockmore | 57.00 | 57.00 | 0.00 | | |
| 09/30/06 | Ride the Music | 113,056.31 | 104,236.40 | 8,819.91 | 23,750.00 | 42,072.55 |
| 09/30/06 | Balance September 30, 2006 | | | | | |
| 10/31/06 | September Services | 525.00 | 0.00 | 525.00 | | 525.00 |
| 10/31/06 | October Services | 823.20 | 823.20 | 0.00 | | 823.20 |
| 10/31/06 | October Services | 39.30 | 39.30 | 0.00 | | 39.30 |
| 11/30/06 | October Services | 1,942.00 | 0.00 | 1,942.00 | | 1,942.00 |
| 12/30/06 | November Services | 1,618.30 | 0.00 | 1,618.30 | | 1,618.30 |
| 12/30/06 | One Hit Wonderland | 9.50 | 9.50 | 0.00 | | |
| 12/30/06 | Ride the Music | 9.50 | 9.50 | 0.00 | | |
| 12/30/06 | Love Shack Snacks | 19.00 | 19.00 | 0.00 | | |
| 12/30/06 | Kids Rock State Park | 28.50 | 28.50 | 0.00 | | |

HRP Myrtle Beach Operations, LLC
Hard Rock Park / Intangible Assets
Trademark Detail
For the Period Ended September 30, 2008

**173000 TRADEMARKS**

| Date | Description | Total | Moraes | Loeb & Loeb | Application Fees | Monthly Services |
|---|---|---|---|---|---|---|
| 12/30/06 | Carnaby St. Café | 28.50 | 28.50 | 0.00 | | |
| 12/30/06 | Whammy Bar | 515.00 | 515.00 | 0.00 | | |
| 12/30/06 | Born in th USA | 538.00 | 538.00 | 0.00 | | |
| 12/30/06 | Various Trades | 766.60 | 766.60 | 0.00 | | |
| 12/30/06 | Pinball Wizard Arcade | 112.40 | 112.40 | 0.00 | | |
| 12/30/06 | Various Trades | 203.50 | 203.50 | 0.00 | | |
| 12/30/06 | Born in th USA | 496.05 | 496.05 | 0.00 | | |
| 12/30/06 | Whammy Bar | 9.50 | 9.50 | 0.00 | | |
| 12/30/06 | Malibu Beach | 28.50 | 28.50 | 0.00 | | |
| 12/30/06 | Carnaby St. Café | 25.50 | 25.50 | 0.00 | | |
| 12/30/06 | Queens Head Pub | 38.00 | 38.00 | 0.00 | | |
| 12/30/06 | The Punk Pit | 28.50 | 28.50 | 0.00 | | |
| 12/30/06 | Main St. Gas/Gifts | 19.00 | 19.00 | 0.00 | | |
| 12/30/06 | Reggae River Falls | 9.50 | 9.50 | 0.00 | | |
| 12/30/06 | Mount Rockmore | 28.50 | 28.50 | 0.00 | | |
| 12/30/06 | Ride the Music | 19.00 | 19.00 | 0.00 | | |
| 12/30/06 | Rock & Roll Heaven | 28.65 | 28.65 | 0.00 | | |
| 12/30/06 | British Invasion | 28.50 | 28.50 | 0.00 | | |
| 12/30/06 | December Services | 1,051.75 | 0.00 | 1,051.75 | | 1,051.75 |
| 01/31/07 | Various Trades | 2,056.95 | 2,056.95 | | | |
| 01/31/07 | January Services | 4,276.20 | | 4,276.20 | | 4,276.20 |
| 02/28/07 | Registration Fees | 2,000.00 | 2,000.00 | | 2,000.00 | |
| 02/28/07 | February Services | 3,097.80 | 3,097.80 | | | 3,097.80 |
| 02/28/07 | February Services - Where Rock Plays | 2.55 | 2.55 | | | |
| 02/28/07 | February Services - Led Zepplin | 1,250.00 | 1,250.00 | | | |
| 03/31/07 | March Services - London Cab Ride | 750.00 | 750.00 | | | |
| 03/31/07 | March Services - Taste of Paradise Grill | 375.00 | 375.00 | | | |
| 03/31/07 | March accruals | 5,500.00 | 5,500.00 | | | 5,500.00 |
| 04/30/07 | April services | 21,327.80 | 19,825.00 | 1,502.80 | | 1,502.80 |
| 04/30/07 | March accrual reversed | (5,500.00) | (5,500.00) | | | (5,500.00) |
| 05/31/07 | May services | 10,526.90 | 10,526.90 | | | |
| 06/30/07 | June services | 3,618.14 | 3,618.14 | | | |
| 07/31/07 | July services | 450.00 | 450.00 | | | |
| 08/31/07 | August services | 3,792.25 | 3,792.25 | | | |
| 09/30/07 | September services | 6,636.05 | 6,636.05 | | | |
| 10/31/07 | October services | 4,925.60 | 4,925.60 | | | |
| 11/30/07 | November services | 17,770.90 | 17,770.90 | | | |
| 12/31/07 | December services | 2,026.25 | 2,026.25 | | | |
| 01/01/08 | Beginning Balance | $206,927.95 | $187,191.99 | $19,735.96 | 0 | $25,750.00 | $56,948.90 |
| 01/31/08 | January Services | 6,341.75 | 6,341.75 | | | |
| 02/29/08 | February Services | 5,039.00 | 5,039.00 | | | 73.00 |
| 03/31/08 | March Services | 4,600.00 | 4,600.00 | | | |
| 04/30/08 | April Services | 20,076.70 | 20,076.70 | | 4,125.00 | |
| 04/30/08 | Expense Post 04/15 Items | (20,076.70) | (20,076.70) | | (4,125.00) | |
| 05/31/08 | May- Bohemian Rhapsody- RC from 30-0-000 | 2,000.00 | 2,000.00 | | | |
| 05/31/08 | May- Accrual of Moran Kidd activity | (5,542.15) | (5,542.15) | | | |
| 06/30/08 | June Services | 2,850.00 | 2,850.00 | | | |
| 06/30/08 | Expense June Moran Kidd activity -post 4/15 expensed | (2,850.00) | (2,850.00) | | | |
| 06/30/08 | Expense Bohemian Rhapsody- hit 5/20/08 | (2,000.00) | (2,000.00) | | | |
| 07/31/08 | No Activity | | | | | |
| 08/31/08 | No Activity | | | | | |
| 08/31/08 | Ending Balance | $217,366.55 | $197,630.59 | $19,735.96 | | $25,750.00 | $57,021.90 |