## CREATIVE SERVICES LICENSES FROM SCHEDULE 1.1(E)

| Name of License | Registration No. | Scope |
|---|---|---|
| Slippery When Wet | #3462815 | Word Mark |
| Shake Rattle & Roller Coaster | #3462813 | Word Mark |
| Reggae River Falls | #3436598 | Word Mark |
| Muddin Monster Race | #3462811 | Word Mark |
| London Taxi Ride | #3468492 (only for London Cab Ride) | Word Mark (only for London Cab Ride) |
| Kids Rock State Park | Pending; Serial #76654125 | Word Mark (if approved) |
| Just-a-Swingin | #3468494 (only for Just a Swingin') | Word Mark (only for Just a Swingin') |
| Garage Jam | #3436597 (only for Garage Jam!) | Word Mark (only for Garage Jam!) |
| Maximum RPM! | #3436593 | Word Mark |
| All the Kings Horses | #3468495 (only for All the King's Horses) | Word Mark (only for All the King's Horses) |



EXHIBIT 7