IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | : | Chapter 7 |
|   | : |   |
| HRP Myrtle Beach Holdings, LLC *et al.*, | : | Case No. 08-12193 (KJC) |
|   | : |   |
| Debtors [1] | : | Jointly Administered |
|   | : |   |
|   | : | **Related Doc. No. 567, 579, 580** |

### SUPPLEMENTAL CERTIFICATION OF COUNSEL REGARDING TRUSTEE'S MOTION TO COMPEL FPI MB ENTERTAINMENT LLC TO MAKE CURE PAYMENTS

I, John T. Carroll, III, counsel to Alfred T. Giuliano, Chapter 7 Trustee (the "Trustee") for the Estates of the above-captioned Debtors hereby certify the following:

1. On or about December 11, 2009 the Trustee filed a Motion to Compel FPI MB Entertainment LLC to Make Cure Payments [Filed 12/11/2009; Docket No. 567] (the "Motion").

2. On or about February 16, 2010 a Consent Order Granting Trustee's Motion for Order Compelling FPI MB Entertainment LLC to Make Cure Payments was entered [Entered 2/16/2010; Docket No. 576] (the "Consent Order"). [2]

3. The Consent Order provided *inter alia* "... in the event the Trustee does not receive payment of the Outstanding Cure Amounts in the sum of $569,151.52 from the Purchaser

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): HRP Myrtle Beach Holdings, LLC (1546), HRP Myrtle Beach Holdings Capital Corp. (5553), HRP Myrtle Beach Operations, LLC (1625), HRP Myrtle Beach Capital Corp (4272), HRP Myrtle Beach Management, LLC (0297), HRP Global Management LLC (2138) and We Got Your Back Security Co., LLC (3877). The address of each of the Debtors is 211 George Bishop Parkway, Myrtle Beach, South Carolina 29579.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Consent Order.

on or before the Payment Date,[3] then judgment shall be entered in favor of the Trustee and against the Purchaser in the amount of the Outstanding Cure Amounts of $569,151.52 upon the filing of a certification of counsel by the Trustee's counsel certifying that the Purchaser has not made payment of the Outstanding Cure Amounts on or before the Payment Date."

4. The Trustee's counsel filed a Certification of Counsel [Filed 4/13/2020; Docket No. 579] (the "Certification of Counsel") in accordance with the Consent Order and certified that the Purchaser has not made payment of the Outstanding Cure Amounts to the Trustee and respectfully requested that the Court enter a judgment against the Purchaser FPI MB Entertainment LLC and in favor of the Trustee in the form attached hereto as Exhibit "A".

5. The Trustee's counsel further certifies that a copy of the Certification of Counsel was served on counsel to FPI MB Entertainment LLC on April 14, 2010 in accordance the Court's directive as evidenced by the filed Certification of Service [Filed 4/14/2010; Docket No. 580], a copy of which is attached hereto as Exhibit "B".

6. The Trustee respectfully requests entry of a judgment against the Purchaser FPI MB Entertainment LLC and in favor of the Trustee in the form attached hereto as Exhibit "A".

Dated: June 2, 2010  
  Wilmington, Delaware

COZEN O'CONNOR

/s/ John T. Carroll, III
_____
John T. Carroll, III (DE No. 4060)  
1201 North Market Street  
Suite 1400  
Wilmington, DE 19801  
Telephone: (302) 295-2028  
Facsimile: (302) 295-2013

Counsel to the Chapter 7 Trustee,  
Alfred T. Giuliano

---

[3] The Payment Date is defined as April 1, 2010.