# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HRP Myrtle Beach Holdings, LLC, *et al.*,[1] | Case No. 08-12193 (KJC) |
| | (Jointly Administered) |
| Debtors. | |
| | Objection Deadline: December 13, 2011 at 4:00 p.m. |
| | Hearing Date: December 20, 2011 at 11:30 a.m. |

## STATEMENT OF FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED BY COZEN O'CONNOR AS COUNSEL FOR TRUSTEE

| | |
|---|---|
| Name of Applicant: | Cozen O'Connor |
| Authorized to Provide Professional Services to: | Alfred T. Giuliano, Chapter 7 Trustee |
| Date of Retention: | Retention Application approved 3/23/09 granting nunc pro tunc employment as of January 6, 2009 |
| Period for which compensation and reimbursement is sought: | Fourth Interim Application 10/6/2010 through 11/28/2011 |
| Amount of compensation sought as actual, reasonable and necessary: | $120,178.50 |
| Amount of expense reimbursement as actual, reasonable, and necessary | $4,128.57 |

This is a ☒ Interim ☐ Final ☐ Monthly Application

Time expended for preparation of the Third Interim Fee Application and Fourth Interim Fee Application which is included in the Application Period is 4.80 hours @ $1,2,91.50.

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): HRP Myrtle Beach Holdings, LLC (1546), HRP Myrtle Beach Holdings Capital Corp. (5553), HRP Myrtle Beach Operations, LLC (1625), HRP Myrtle Beach Capital Corp. (4272), HRP Myrtle Beach Management, LLC (0297), HRP Global Management LLC (2138) and We Got Your Back Security Co., LLC (3877).

*If this is not the first statement remitted, disclose the following for each prior statement:*

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 4/22/2009 Doc. 513 | 1/6/2009 through 3/20/2009 | 231,202.50 | 26,451.31 | 231,202.50 | 26,451.31 |
| 11/18/2009 Doc. No. 555 | 3/21/2009 through 9/15/2009 | 65,686.50 | 15,142.73 | 65,686.50 | 15,142.73 |
| 10/26/2010 Doc. No. 623 | 9/16/2009 through 10/5/2010 | 107,548.00 | 3,253.01 | 107,548.00 | 3,253.01 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HRP Myrtle Beach Holdings, LLC, *et al.*,[1] | Case No. 08-12193 (KJC) |
| | (Jointly Administered) |
| Debtors. | |
| | Objection Deadline: December 13, 2011 at 4:00 p.m. |
| | Hearing Date: December 20, 2011 at 11:30 a.m. |

## APPLICATION OF COZEN O'CONNOR AS COUNSEL TO THE TRUSTEE FOR ALLOWANCE OF FOURTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 6, 2010 THROUGH NOVEMBER 28, 2011

Pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Cozen O'Connor (the "Applicant") files this Fourth Application for Allowance of Interim Compensation and Reimbursement of Expenses as counsel to the Trustee (the "Application"). By this Application, Cozen O'Connor as counsel to the Trustee seeks allowance of $120,178.50 as compensation and $4,128.57 for reimbursement of actual and necessary expenses for a total of $124,307.07 for the period October 6, 2010 through November 28, 2011 (the "Application Period"). In support of this Application, Cozen O'Connor respectfully represents as follows:

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): HRP Myrtle Beach Holdings, LLC (1546), HRP Myrtle Beach Holdings Capital Corp. (5553), HRP Myrtle Beach Operations, LLC (1625), HRP Myrtle Beach Capital Corp. (4272), HRP Myrtle Beach Management, LLC (0297), HRP Global Management LLC (2138) and We Got Your Back Security Co., LLC (3877).

## Background

1. On September 24, 2008 (the "Petition Date"), the Debtors filed a petition for relief under Chapter 11 of 11 U.S.C. § 101 et seq. in the Bankruptcy Court for the District of Delaware (the "Court").

2. On January 6, 2009 this bankruptcy case was converted to a case pending under Chapter 7 of the Bankruptcy Code (the "Conversion Date"). On or about the Conversion Date, Alfred T. Giuliano was appointed by the Office of the United States Trustee to serve as the duly qualified Chapter 7 Trustee for the estates of the Debtors.

3. An Application of the Trustee for an Order Authorizing the Retention and Employment of Cozen O'Connor as Counsel to the Trustee Nunc Pro Tunc (the "Retention Application") was filed on or about February 13, 2009 (Docket No. 421) and an Order was entered on March 23, 2009 (Docket No. 480) approving the Retention Application nunc pro tunc from January 6, 2009. The Retention Application requests that Cozen O'Connor be compensated on an hourly basis and be reimbursed for actual and necessary out-of-pocket expenses it incurred. At all relevant times, Cozen O'Connor has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code and has not represented nor held any interest adverse to the interest of the Debtors or the Debtors' estates.

## Identity of Professionals

4. The members, associates and paraprofessionals of Cozen O'Connor who have rendered professional services in the case during the Application Period are as follows:

| | |
|---|---|
| John T. Carroll, III | Damien Tancredi |
| Simon Fraser | Jill L. Deeney (Para) |

5. Cozen O'Connor, by and through the above-named counsel, has advised the Trustee with respect to legal matters in connection with the administration of the estate of the Debtors as well as attending meetings with interested parties and Court appearances on behalf of the Trustee. In addition, Cozen O'Connor has prepared and/or assisted in the preparation of various motions, applications, orders, adversary actions and other pleadings. These items are submitted to the Court for consideration for which Cozen O'Connor has performed all necessary professional services as described and narrated in detail in Exhibit "A" attached hereto.

## Summary of Services by Project

6. The services rendered by Cozen O'Connor during the Application Period can be grouped into the categories set forth below. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit "A" attached hereto.

**BKA400:    Case Administration**

Fees:    4,013.50            Total Time            11.70

This category includes but is not limited to tasks related to the review of (a) schedules & statement of affairs (b) maintaining required mailing lists (c) case management and monitoring/docket updates (d) status reports (e) research (f) preparation of Agendas and Binders and Agenda related items (g) attending court hearings and meetings and (h), attending to in-house files and file maintenance.

### BKA401:    Business Operations

Fees:    2,014.50        Total Time        7.30

This category includes but is not limited to tasks related to the Trustee's business of conducting the general liquidation of the Debtors' estate and the related issues arising on a periodic basis.

### BKA402:  Insurance Matters

Fees:    260.00        Total Time        .40

This category includes but is not limited to tasks related to insurance issues.

### BKA410:  Preference/Fraudulent Transfer Claims Analysis and Related Litigation

Fees:    101,800.50        Total Time        315.30

This category includes tasks related but not limited to preference and fraudulent transfer matters including but not limited to (i) analysis/filing of numerous vendor preference actions, (ii) preparation of tolling agreements (iii) negotiations with defendants and/or defense counsel, (iv) review and preparation of analysis in connection with preference and fraudulent transfers, (v) communications with Trustee's accountants, (vi) notice/stipulations of dismissal (vii) notice of settlements, and (viii) negotiation and preparation of settlement agreements and prosecution of 9019 motions approving settlements.

### BKA416: Misc. Motions and Related Pleadings

Fees:    5,262.00          Total Time          12.70

This category includes but is not limited to tasks related to preparation and/or review of miscellaneous motions.

### BKA419: Claims Review/Objections

Fees:    2,268.50          Total Time          5.70

This category includes but is not limited to proof of claim related matters and review of proofs of claim and administrative claims and the review of related documentation, if any.

### BKA422: Fee/Employment Applications

Fees:    3,268.00          Total Time          9.00

This category includes but is not limited to tasks related to the preparation of Cozen's and assistance with outside professionals' fee and employment applications.

### BKA428:    Cozen O'Connor Fee Application Preparation

Fees:    1,291.50          Total Time          4.80

This category includes but is not limited to preparation and filing of Cozen O'Connor fee application preparation during the Application Period and prior Application Period.

## Valuation of Services

7. Attorneys/Paraprofessionals of Cozen O'Connor have expended a total of 366.90 hours in connection with this matter during the Application Period, as follows:

| ATTORNEYS AND PARAPROFESSIONAL | POSITION AND YEARS OF PRACTICE | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| JOHN T. CARROLL, III | Senior Member Practicing since 1981 | 643.04 | 55.30 | 35,560.00 |
| SIMON E. FRASER | Associate Practicing since 2000 | 419.23 | 15.60 | 6,540.00 |
| DAMIEN N. TANCREDI | Associate Practicing since 2009 | 272.26 | 221.80 | 60,387.00 |
| JILL L. DEENEY | Paralegal | 238.43 | 74.20 | 17,691.50 |
| TOTALS | | | 366.90 | 120,178.50 |

| Blended Rate $327.99 | |
|---|---|

8. The nature of the work performed by these persons is fully set forth in Exhibit "A" attached hereto. These are Cozen O'Connor's normal hourly rates for work of this character. The reasonable value of the services rendered by Cozen O'Connor to the Trustee during the Application Period is $120,178.50.

9. In accordance with the factors enumerated in 11 U.S.C. Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Cozen O'Connor is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## Actual and Necessary Expenses

10. A summary of actual and necessary expenses incurred by Cozen O'Connor for the Application Period is attached hereto as Exhibit "B". Cozen O'Connor currently charges all of

WILMINGTON\145679\1 232068.000
11/30/11

its bankruptcy clients $.10 per page for in-house photocopying expenses. In addition, Cozen O'Connor utilizes outside copier services for high-volume projects, and this Application seeks the recovery of those costs, if applicable. Cozen O'Connor also charges all of its clients $1.00 per page for outgoing facsimile transactions. On-line legal research (Lexis and Westlaw) is charged to clients at Cozen O'Connor's discounted cost. The standard cost of Lexis and Westlaw research sessions is discounted each month by allocating the savings realized during that month pursuant to special contracts Cozen O'Connor has negotiated with Lexis and Westlaw.

11.     Cozen O'Connor believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, Cozen O'Connor believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

WHEREFORE, Cozen O'Connor respectfully requests that the Court enter an order, in the form attached hereto as Exhibit "C", providing that for the period October 6, 2010 through November 28, 2011 an allowance be made to Cozen O'Connor as counsel to the Trustee in the sum of $120,178.50 as compensation for necessary professional services rendered, and the sum of $4,128.57 for reimbursement of actual necessary costs and expenses, for at total of $124,307.07 and that such sums be authorized for payment to Cozen O'Connor, and for such other and further relief as this Court may deem just and proper.

Dated: November 30, 2011

                                          COZEN O'CONNOR

By:    /s/ John T. Carroll, III
         John T. Carroll, III (DE No. 4060)
         1201 N. Market Street
         Suite 1400
         Wilmington, DE  19801
         Phone:  (302) 295-2028
         Fax:     (302) 295-2013

         Attorneys for Trustee,
         Alfred T. Giuliano